Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).**
**For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| 1. | Debtor's name | **American HVAC & Plumbing, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **American HVAC, Inc.** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **30-0582923** |

4. **Debtor's address**

**Principal place of business**

**152 Kennedy Ave**
**Campbell, CA 95008-4115**
Number, Street, City, State & ZIP Code

**Santa Clara**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

**152 Kennedy Ave Campbell, CA 95008-4115**
Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) *(filled)*

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.**    **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8.**    **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply.*

     ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.**    **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | |
|---|---|
| Debtor _____ | Relationship _____ |
| District _____ When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                           Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

---

### ▮ Statistical and administrative information

**13. Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Case: 23-50461    Doc# 1    Filed: 04/28/23    Entered: 04/28/23 17:20:22    Page 3 of 94

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 28, 2023**
         MM / DD / YYYY

X **/s/ Cuinn F. Hamm**                 **Cuinn F. Hamm**
Signature of authorized representative of debtor        Printed name

Title    **President**

**18. Signature of attorney**

X **/s/ Lars Fuller**                  Date   **April 28, 2023**
Signature of attorney for debtor             MM / DD / YYYY

**Lars Fuller**
Printed name

**The Fuller Law Firm, PC**
Firm name

**60 N Keeble Ave**
**San Jose, CA 95126-2723**
Number, Street, City, State & ZIP Code

Contact phone   **(408) 295-5595**      Email address   **admin@fullerlawfirm.net**

**141270**
Bar number and State

Debtor name  **American HVAC & Plumbing, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

Case number (if known) _____

☐ Check if this is an
  amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property       12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G).**

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:      Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **Chase (*3133)** | **Savings** | **3133** | **$0.00** |
| 3.2.  **Chase Checking** | **Checking** | **5251** | **$0.00** |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.       **$0.00**

### Part 2:      Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

| 7.1.  **Held by Landlord** | **$2,701.00** |
|---|---|

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor **American HVAC & Plumbing, Inc.**
　　　　Name

Case number *(If known)* _____

---

9. **Total of Part 2.**

　　Add lines 7 through 8. Copy the total to line 81.

| | $2,701.00 |
|---|---|

---

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

　　11a. 90 days old or less:　　39,405.56　－　　0.00　= ....　　$39,405.56
　　　　　　　　　　　　　face amount　　　　doubtful or uncollectible accounts

　　11b. Over 90 days old:　　36,825.19　－　　33,142.67　= ....　　$3,682.52
　　　　　　　　　　　　　face amount　　　　doubtful or uncollectible accounts

12. **Total of Part 3.**

　　Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| | $43,088.08 |
|---|---|

---

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** **Air conditioner and parts** | | $40,000.00 | Purchase Price | $40,000.00 |
| **Inventory** | | $1,000.00 | | $1,000.00 |
| 22. **Other inventory or supplies** | | | | |

23. **Total of Part 5.**

　　Add lines 19 through 22. Copy the total to line 84.

| | $41,000.00 |
|---|---|

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

Software Copyright (c) 2023 CINGroup - www.cincompass.com

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:  Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** **Minor tools, Scissor Lift, Sheet metal equip** | **$10,000.00** | | **$10,000.00** |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Copy machine** | **$1,115.50** | Debtor opinion o | **$1,115.50** |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| $11,115.50 |
|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:  Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor **American HVAC & Plumbing, Inc.**
Name

Case number *(if known)* _____

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

47.1. **2017 T150**
**Debtor's Residence**
**Lease car** ............................................... $0.00 _____ $0.00

47.2. **2016 Ford T250**
**Debtor's residence**
**Lease car** ............................................... $0.00 _____ $0.00

47.3. **2019 Ford Transit T150 Wagon**
**Debtor's residence**
**Lease car** ............................................... $0.00 _____ $0.00

47.4. **2020 Ford Escape AWD**
**Debtor's residence**
**Lease car** ............................................... $0.00 _____ $0.00

47.5. **2018 Ford T250**
**Debtor's residence**
**Lease car** ............................................... $0.00 _____ $0.00

47.6. **2018 Ford E450**
**Debtor's  residence**
**Lease car** ............................................... $0.00 _____ $0.00

47.7. **2019 Ford T150**
**Debtor's residence**
**Lease car** ............................................... $0.00 _____ $0.00

47.8. **2018 Ford F350**
**Debtor's residence**
**Lease car** ............................................... $0.00 _____ $0.00

47.9. **2019 Ford E350**
**Debtor's residence**
**Lease car** ............................................... $0.00 _____ $0.00

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.** $0.00

Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Case: 23-50461    Doc# 1    Filed: 04/28/23    Entered: 04/28/23 17:20:22    Page 9 of 94

**53.**   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ■ No

    ☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

    ■ No. Go to Part 10.

    ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

    ■ No. Go to Part 11.

    ☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.

    ■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **71.**   **Notes receivable**<br>Description (include name of obligor) | |
| **72.**   **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| **73.**   **Interests in insurance policies or annuities** | |
| **74.**   **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**Preference claim against Sigler Wholesale Distributors (LA Commercial)** | **$16,758.72** |

| Nature of claim | Preference |
|---|---|
| Amount requested | $16,758.72 |

**75.**   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.**   **Trusts, equitable or future interests in property**

**77.**   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78.**   **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.

| |
|---|
| **$16,758.72** |

**79.**   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ■ No

    ☐ Yes

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Case: 23-50461    Doc# 1    Filed: 04/28/23    Entered: 04/28/23 17:20:22    Page 10 of 94

Debtor **American HVAC & Plumbing, Inc.**

Name

Case number *(If known)* _____

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,701.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $43,088.08 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $41,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $11,115.50 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $16,758.72 | |
| 91. **Total.** Add lines 80 through 90 for each column | $114,663.30 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $114,663.30 |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor name **American HVAC & Plumbing, Inc.** | |
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION | |
| Case number (if known) _____ | ☐ Check if this is an amended filing |

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

| | |
|---|---|
| **2.1  Comerica Bank** | **Describe debtor's property that is subject to a lien** |
| Creditor's Name | **Minor tools, Scissor Lift, Sheet metal equip** |

**Amount of claim: $120,115.00     Value of collateral: $94,088.00**

**PO Box 790408**
**Saint Louis, MO**
**63179-0408**
Creditor's mailing address

**Describe the lien**
**Blanket UCC-1**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**8-9-2017**

**Last 4 digits of account number**
**1730**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Comerica Bank**
**2. Small Business Administration**
**3. Lennox Industries**

| | |
|---|---|
| **2.2  Lennox Industries** | **Describe debtor's property that is subject to a lien** |
| Creditor's Name | **Inventory** |

**Amount of claim: $98,601.31     Value of collateral: $1,000.00**

**2100 Lake Park Blvd**
**Richardson, TX 75080-2254**
Creditor's mailing address

**Describe the lien**
**Prior Sr. liens so totl unsecured**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12-19-2018**

**Last 4 digits of account number**

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Case: 23-50461   Doc# 1   Filed: 04/28/23   Entered: 04/28/23 17:20:22   Page 12 of 94

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Comerica Bank**
**2. Lennox Industries**
**3. Small Business Administration**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Small Business Administration** | |
|---|---|---|
| | Creditor's Name | |

**Describe debtor's property that is subject to a lien**
**Minor tools, Scissor Lift, Sheet metal equip**          $489,900.00          $94,088.00

**PO Box 3918**
**Portland, OR 97208-3918**
Creditor's mailing address

**Describe the lien**
**UCC-1 all assets except deposits but unsecured**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**5-26-2020**

**Last 4 digits of account number**
**7404**

**Do multiple creditors have an interest in the same property?**
☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Comerica Bank**
**2. Small Business Administration**
**3. Lennox Industries**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **US Bank Equipment Finance** | |
|---|---|---|
| | Creditor's Name | |

**Describe debtor's property that is subject to a lien**
**Copy machine**          $1,115.50          $1,115.50

**13010 SW 68th Pkwy Ste 100**
**Tigard, OR 97223-9621**
Creditor's mailing address

**Describe the lien**
**Lien against copy machine**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**8000**

**Do multiple creditors have an interest in the same property?**
■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Case: 23-50461     Doc# 1     Filed: 04/28/23     Entered: 04/28/23 17:20:22     Page 13 of 94

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**  | **$709,731.81** |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Hemar Rousso & Heald, LLP**<br>**15910 Ventura Blvd Fl 12**<br>**Encino, CA 91436-2802** | Line __2.1__ | **1730** |

**Fill in this information to identify the case:**

Debtor name  **American HVAC & Plumbing, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:   List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>**Christopher Serrano**<br><br>**1538 Meadow Ridge Cir**<br>**San Jose, CA 95131-2456** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,891.00** | **$1,891.00** |
|---|---|---|---|---|
|  | Date or dates debt was incurred<br>**Apr 2023** | Basis for the claim: |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| 2.2 | Priority creditor's name and mailing address<br>**Cuinn Hamm**<br><br>**17800 Soda Springs Rd**<br>**Los Gatos, CA 95033-8656** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,845.15** | **$3,845.15** |
|---|---|---|---|---|
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| | | | | |
|---|---|---|---|---|
| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Franchise Tax Board**

**PO Box 942867**
**Sacramento, CA 94267-0001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2020,2021,2022**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | | | |
|---|---|---|---|---|
| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Internal Revenue Service**

**PO Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2020,2021,2022**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | | | |
|---|---|---|---|---|
| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $715.29 | $715.29 |

**Javier Alvarez**

**577 Giuffrida Ave Apt 14**
**San Jose, CA 95123-1551**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**April 2023**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | | | |
|---|---|---|---|---|
| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,361.80 | $1,361.80 |

**Johnny Gutierez**

**4320 Monterey Hwy Spc 6**
**San Jose, CA 95111-3613**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Apr 2023**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 2023 CINGroup - www.cincompass.com

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.31 | $465.31 |
|---|---|---|---|---|

**Jorge Reyes**

**535 S Market St**
**San Jose, CA 95113-2841**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.8 | Priority creditor's name and mailing address | | $1,090.80 | $1,090.80 |
|---|---|---|---|---|

**Jose Arzola**

**79 E Hamilton Ave**
**Campbell, CA 95008-0203**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**April 2023**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.9 | Priority creditor's name and mailing address | | $630.47 | $630.47 |
|---|---|---|---|---|

**Jose Morales**

**65 Pierce Ave**
**San Jose, CA 95110-2894**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**April 2023**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.10 | Priority creditor's name and mailing address | | $0.00 | $0.00 |
|---|---|---|---|---|

**Luciano Baez**

**2099 Huran Dr**
**San Jose, CA 95122-1724**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Case: 23-50461    Doc# 1    Filed: 04/28/23    Entered: 04/28/23 17:20:22    Page 17 of 94

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,480.00 | $1,480.00 |
|------|-----------|-----------|-----------|-----------|

**2.11**

Priority creditor's name and mailing address
**Marie Diaz-Sidbury**

**1247 Letitia Ct**
**San Jose, CA 95122-3030**

Date or dates debt was incurred
**Apr 2023**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$1,480.00    $1,480.00

---

**2.12**

Priority creditor's name and mailing address
**Matthew Behnke**

**400 San Juan Hollister Rd**
**San Juan Bautista, CA 95045-9702**

Date or dates debt was incurred
**Apr 2023**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$1,400.00    $1,400.00

---

**2.13**

Priority creditor's name and mailing address
**Miguel Sanchez**

**482 McCovey Ln**
**San Jose, CA 95127-3443**

Date or dates debt was incurred
**Apr 2023**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$717.26    $717.26

---

**2.14**

Priority creditor's name and mailing address
**Perry Bernier**

**2260 Bayo Claros Cir**
**Morgan Hill, CA 95037-7008**

Date or dates debt was incurred
**April 2023**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$688.16    $688.16

Case: 23-50461    Doc# 1    Filed: 04/28/23    Entered: 04/28/23 17:20:22    Page 18 of 94

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $615.47 | $615.47 |
|---|---|---|---|---|

**Rodrigo Martinez**

**382 Chateau La Salle Dr**
**San Jose, CA 95111-3030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**April 2023**

Basis for the claim: _____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,967.10 | $2,967.10 |
|---|---|---|---|---|

**Rudy Zapien**

**17845 Casa Ln**
**Morgan Hill, CA 95037-2916**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Apr 2023**

Basis for the claim: _____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $312.90 | $312.90 |
|---|---|---|---|---|

**Tara Baisely**

**1180 Teresa Ln**
**Morgan Hill, CA 95037-3426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**April 2023**

Basis for the claim: _____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:**   List All Creditors with **NONPRIORITY** Unsecured Claims

**3.**   **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|
| **3.1**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $355.96 |

**Acosta Sheetmetal Manufacturing**

**930 Remillard Ct**
**San Jose, CA 95122-2625**

Date(s) debt was incurred **2022-2023**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **vendor debt**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| **3.2**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,526.42 |

**Air Filter Supply 6826431**

**10087 Mills Station Rd Ste C**
**Sacramento, CA 95827-2200**

Date(s) debt was incurred **2022-2023**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **vendor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Case: 23-50461   Doc# 1   Filed: 04/28/23   Entered: 04/28/23 17:20:22   Page 19 of 94

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,218.28 |
|---|---|---|---|

**Airgas USA, LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

4646 Linden Rd
Rockford, IL 61109-3300

Basis for the claim: **vendor debt**

Date(s) debt was incurred **2022-2023**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,995.85 |
|---|---|---|---|

**Allied Refrigeration**

☐ Contingent
☐ Unliquidated
☐ Disputed

702 E Gish Rd
San Jose, CA 95112-2709

Basis for the claim: **vendor debt**

Date(s) debt was incurred **2022-2023**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52,882.22 |
|---|---|---|---|

**American Express**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 981537
El Paso, TX 79998-1537

Basis for the claim: **Bus Credit Card**

Date(s) debt was incurred **2022-2023**

Last 4 digits of account number **1001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.79 |
|---|---|---|---|

**Baker Distributing**

☐ Contingent
☐ Unliquidated
☐ Disputed

14610 Breakers Dr Ste 100
Jacksonville, FL 32258-6468

Basis for the claim: **vendor debt**

Date(s) debt was incurred **2022-2023**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $444.06 |
|---|---|---|---|

**Bay Power, Inc**

☐ Contingent
☐ Unliquidated
☐ Disputed

1095 N 7th St
San Jose, CA 95112-4434

Basis for the claim: **Vendor debt**

Date(s) debt was incurred **2022-2023**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,985.00 |
|---|---|---|---|

**Brian Buller**

☐ Contingent
■ Unliquidated
■ Disputed

21580 Norman Dr
Los Gatos, CA 95033-8803

Basis for the claim: __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,030.52 |
|---|---|---|---|

**Capital One Bank**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 30285
Salt Lake City, UT 84130-0285

Basis for the claim: **Credit Card**

Date(s) debt was incurred **2022-2023**

Last 4 digits of account number **4864**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Case: 23-50461   Doc# 1   Filed: 04/28/23   Entered: 04/28/23 17:20:22   Page 20 of 94

| Debtor | American HVAC & Plumbing, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.10** Nonpriority creditor's name and mailing address

**CFM Equipment Distributors**

1644 Main Ave Ste 1
Sacramento, CA 95838-2409

Date(s) debt was incurred **2022-2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor debt**

Is the claim subject to offset? ☑ No ☐ Yes

$121,317.11

---

**3.11** Nonpriority creditor's name and mailing address

**Chase**

PO Box 15298
Wilmington, DE 19850-5298

Date(s) debt was incurred **2022-2023**

Last 4 digits of account number **6742**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit card**

Is the claim subject to offset? ☑ No ☐ Yes

$126,178.01

---

**3.12** Nonpriority creditor's name and mailing address

**Christian Garcia**
co Costanzo Law Firm
2005 De la Cruz Blvd Ste 215
Santa Clara, CA 95050-3025

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **last employed 10-13-2022**

Is the claim subject to offset? ☑ No ☐ Yes

$367,400.00

---

**3.13** Nonpriority creditor's name and mailing address

**City of Saratoga**

13777 Fruitvale Ave
Saratoga, CA 95070-5151

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Permit Fees**

Is the claim subject to offset? ☑ No ☐ Yes

$69.00

---

**3.14** Nonpriority creditor's name and mailing address

**Comcast**

1701 John F Kennedy Blvd
Philadelphia, PA 19103-2838

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ☑ No ☐ Yes

$644.99

---

**3.15** Nonpriority creditor's name and mailing address

**Comerica Bank**

PO Box 790408
Saint Louis, MO 63179-0408

Date(s) debt was incurred **2022**

Last 4 digits of account number **8421**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit card**

Is the claim subject to offset? ☑ No ☐ Yes

$33,392.77

---

**3.16** Nonpriority creditor's name and mailing address

**Comerica Bank**

PO Box 790408
Saint Louis, MO 63179-0408

Date(s) debt was incurred **2022-2023**

Last 4 digits of account number **7392**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Bus credit card**

Is the claim subject to offset? ☑ No ☐ Yes

$35,078.00

---

Software Copyright (c) 2023 CINGroup - www.cincompass.com

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,912.00 |
|---|---|---|---|

**CoPower**

**1600 Hillsdale Ave**
**San Jose, CA 95118-1045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022-2023__

Basis for the claim: __Vendor Debt__

Last 4 digits of account number __ __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $285.38 |
|---|---|---|---|

**CyberPress**

**3380 Viso Ct**
**Santa Clara, CA 95054-2625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022-2023__

Basis for the claim: __Vendor Debt__

Last 4 digits of account number __ __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,313.38 |
|---|---|---|---|

**Dal Pogetto Bypass Trust**

**555 Crest Way**
**Sonoma, CA 95476-3465**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

Basis for the claim: __unbilled Prop tax passthru on lease__

Last 4 digits of account number __ __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $897.00 |
|---|---|---|---|

**DMV**

**PO Box 942897**
**Sacramento, CA 94297-0897**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

Basis for the claim: __DMV fees__

Last 4 digits of account number __ __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $725.00 |
|---|---|---|---|

**Energuy 6832959**

**6226 W Sahara Ave**
**Las Vegas, NV 89146-3060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022-2023__

Basis for the claim: __Vendor Debt__

Last 4 digits of account number __ __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7.00 |
|---|---|---|---|

**Fastrak**

**PO Box 26926**
**San Francisco, CA 94126-6926**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

Basis for the claim: __Toll charges__

Last 4 digits of account number __ __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $257.63 |
|---|---|---|---|

**Ferguson HVAC Supply**

**200 E Trimble Rd Ste 90**
**San Jose, CA 95131-1128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022-2023__

Basis for the claim: __Vendor Debt__

Last 4 digits of account number __ __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Case: 23-50461   Doc# 1   Filed: 04/28/23   Entered: 04/28/23 17:20:22   Page 22 of 94

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $938.47 |

**Firestone Tires**

200 4th Ave S
Nashville, TN 37201-2255

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

**Basis for the claim:** __Vehicle parts__

Last 4 digits of account number __ __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,014.77 |

**Fix Air 6825023**

890 Service St
San Jose, CA 95112-1374

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

**Basis for the claim:** __Vendor Debt__

Last 4 digits of account number __ __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,573.62 |

**Ford Credit**

PO Box 650573
Dallas, TX 75265-0573

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

**Basis for the claim:** __

Last 4 digits of account number __4537__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28.12 |

**Geary Pacific Supply**

200 E Trimble Rd Ste 10
San Jose, CA 95131-1128

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

**Basis for the claim:** __Vendor Debt__

Last 4 digits of account number __ __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,886.64 |

**GoodYear**

200 E Innovation Way
Akron, OH 44316-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

**Basis for the claim:** __Auto parts__

Last 4 digits of account number __ __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,847.06 |

**Home Depot Credit Card Services**

PO Box 78011
Phoenix, AZ 85062-8011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

**Basis for the claim:** __Materials__

Last 4 digits of account number __ __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,195.58 |

**Inikosoft**

15495 Los Gatos Blvd Ste 4
Los Gatos, CA 95032-2544

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor debt__

Last 4 digits of account number __ __

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Case: 23-50461   Doc# 1   Filed: 04/28/23   Entered: 04/28/23 17:20:22   Page 23 of 94

Debtor __American HVAC & Plumbing, Inc.__     Case number (if known) _____

Name

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $144.83 |
|---|---|---|---|

**JIF Reprographics**

315 Brokaw Rd
Santa Clara, CA 95050-4335

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,469.11 |
|---|---|---|---|

**Johnstone Supply 6825535**

1070 Commercial St
San Jose, CA 95112-1420

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,384.96 |
|---|---|---|---|

**Kaiser Permanente**

PO Box 629024
El Dorado Hills, CA 95762-9024

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,038.85 |
|---|---|---|---|

**Mauro Ruffy**
co Farmers Insurance
PO Box 268994
Oklahoma City, OK 73126-8994

Date(s) debt was incurred __

Last 4 digits of account number __1611__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Insurance claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.99 |
|---|---|---|---|

**Napa Auto Parts**

17650 Monterey St
Morgan Hill, CA 95037-3612

Date(s) debt was incurred __2022__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vehicle parts__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $439.64 |
|---|---|---|---|

**Napa Auto Parts 9228742**

17650 Monterey St
Morgan Hill, CA 95037-3612

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vehicle parts__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**Nationwide**

PO Box 26314
Lehigh Valley, PA 18002-6314

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Case: 23-50461   Doc# 1   Filed: 04/28/23   Entered: 04/28/23 17:20:22   Page 24 of 94

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $898.60 |

**Olsen Bookkeeping**

123 Belridge Dr
Los Gatos, CA 95032-5110

Date(s) debt was incurred __2022__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Bookkeeping services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $93.28 |

**PG&E**

PO Box 997300
Sacramento, CA 95899-7300

Date(s) debt was incurred __2022__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.50 |

**Philadelphia Insurance Company**

1 Bala Plz Ste 100
Bala Cynwyd, PA 19004-1401

Date(s) debt was incurred __2022__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Insurance premiums__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $650.00 |

**Plan Design Consultants, Inc**

3451 Via Montebello Ste 192-108
Carlsbad, CA 92009-8492

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,159.38 |

**Power Breaker, LLC 6830271**

2260 Paragon Dr
San Jose, CA 95131-1306

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,855.37 |

**RE Michel Company, Inc**

6741 Baymeadow Dr
Glen Burnie, MD 21060-6410

Date(s) debt was incurred __2022__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,061.70 |

**REGUS**

15305 Dallas Pkwy # Partway
Addison, TX 75001-4637

Date(s) debt was incurred __2022__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Short term Office rent__

Is the claim subject to offset? ■ No ☐ Yes

Case: 23-50461   Doc# 1   Filed: 04/28/23   Entered: 04/28/23 17:20:22   Page 25 of 94

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,560.70 |
|------|---|---|---|

**REGUS S. San Jose, CA**

6203 San Ignacio Ave Ste 110
San Jose, CA 95119-1358

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Short term office rent__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $707.61 |
|------|---|---|---|

**REGUS Sacramento**

1610 R St
Sacramento, CA 95811-6676

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Short term Office rent__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,295.68 |
|------|---|---|---|

**Robinson Oil**

955 Martin Ave
Santa Clara, CA 95050-2608

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $332.52 |
|------|---|---|---|

**RSD Refrigeration Supplies Dist**

1500 Commercial St Rm 105
San Jose, CA 95002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,628.67 |
|------|---|---|---|

**Sigler Wholesale Distributors 17735490**

21200 Lassen St
Chatsworth, CA 91311-4252

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $354,822.57 |
|------|---|---|---|

**Slakey Brothers Note**

PO Box 742444
Los Angeles, CA 90074-2444

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,485.45 |
|------|---|---|---|

**Slakey Brothers, Inc.**

PO Box 742444
Los Angeles, CA 90074-2444

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

Software Copyright (c) 2023 CINGroup - www.cincompass.com

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,600.00 |

**Strategic America**

6600 Westown Pkwy Ste 100
West Des Moines, IA 50266-7708

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Vendor Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,079.00 |

**Synergy 6830527**

8500 Leesburg Pike Ste 314
Vienna, VA 22182-2409

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Vendor Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $215,447.87 |

**T&A Supply 6826303**

PO Box 927
Kent, WA 98035-0927

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Vendor Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $306.00 |

**Toucan Crane 14977345**

39388 Wilford St
Fremont, CA 94538-1253

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Vendor Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $325.20 |

**Town of Los Gatos-Finance**

PO Box 6010
Inglewood, CA 90312-6010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Permit fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $675.77 |

**United Refrigeration 6826047**

11401 Roosevelt Blvd
Philadelphia, PA 19154-2102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Vendor Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.32 |

**Universal Electric Supply, Inc 26704198**

169 E Brokaw Rd
San Jose, CA 95112-4204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Vendor Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Case: 23-50461   Doc# 1   Filed: 04/28/23   Entered: 04/28/23 17:20:22   Page 27 of 94

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $419.15 |
|---|---|---|---|

**US Airconditioning Distributors 1367143**

16900 Chestnut St
City of Industry, CA 91748-1012

Date(s) debt was incurred __2022__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor Debt__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,178.99 |
|---|---|---|---|

**US Airconditioning Distributors 6826175**

16900 Chestnut St
City of Industry, CA 91748-1012

Date(s) debt was incurred __2022__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor Debt__

Is the claim subject to offset? ☒ No ☐ Yes

---

## Part 3:  List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Farmers Insurance Group Federal CU**<br>PO Box 268994<br>Oklahoma City, OK 73126-8994 | Line __3.34__<br>☐ Not listed. Explain ____ | __1611__ |
| 4.2 | **LA Commercial**<br>1111 N Brand Blvd<br>Glendale, CA 91202-3070 | Line __3.49__<br>☐ Not listed. Explain ____ | __ |

---

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 18,180.71 |
| **5b. Total claims from Part 2** | 5b. + | $ | 1,494,072.34 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,512,253.05 |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Case: 23-50461    Doc#1    Filed: 04/28/23    Entered: 04/28/23 17:20:22    Page 28 of 94

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases            12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **2020 Ford Escape;** |
| State the term remaining | **ends 4-1-2025** |
| List the contract number of any government contract | **\*55317** |

**Ford Credit**
**PO Box 650573**
**Dallas, TX 75265-0573**

| | |
|---|---|
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **2019 Ford E350** |
| State the term remaining | **ends 4-1-2025** |
| List the contract number of any government contract | **\*33318** |

**Ford Credit**
**PO Box 650573**
**Dallas, TX 75265-0573**

| | |
|---|---|
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **2018 Ford F350** |
| State the term remaining | **End 9-1-14** |
| List the contract number of any government contract | **\*31769** |

**Ford Credit**
**PO Box 650573**
**Dallas, TX 75265-0573**

| | |
|---|---|
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **2019 Ford T150** |
| State the term remaining | **Ends 7-1-2025** |
| List the contract number of any government contract | **\*02953** |

**Ford Credit**
**PO Box 650573**
**Dallas, TX 75265-0573**

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Case: 23-50461   Doc# 1   Filed: 04/28/23   Entered: 04/28/23 17:20:22   Page 29 of 94



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest — **2018 Ford E450**

State the term remaining — **Ends 6-1-2024**

List the contract number of any government contract — **\*48902**

**Ford Credit**
**PO Box 650573**
**Dallas, TX 75265-0573**

---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest — **2018 Ford T250**

State the term remaining — **Ends 6-1-2024**

List the contract number of any government contract — **\*28677**

**Ford Credit**
**PO Box 650573**
**Dallas, TX 75265-0573**

---

**2.7.** State what the contract or lease is for and the nature of the debtor's interest — **2019 Ford Transit T150**

State the term remaining — **Ends 7-1-2025**

List the contract number of any government contract — **\*2953**

**Ford Credit**
**PO Box 650573**
**Dallas, TX 75265-0573**

---

**2.8.** State what the contract or lease is for and the nature of the debtor's interest — **2017 Ford T150**

State the term remaining — **Ends 10-15-2023**

List the contract number of any government contract — **\*96515**

**Ford Credit**
**PO Box 650573**
**Dallas, TX 75265-0573**

---

**2.9.** State what the contract or lease is for and the nature of the debtor's interest — **2016 Ford T250**

State the term remaining — **End 6-15-2024**

List the contract number of any government contract — **\*92166**

**Ford Credit**
**PO Box 650573**
**Dallas, TX 75265-0573**

---

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Case: 23-50461   Doc# 1   Filed: 04/28/23   Entered: 04/28/23 17:20:22   Page 30 of 94

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of real property at 152 A Kennedy Ave. Campbell, CA 95008** | |
|---|---|---|---|
| | State the term remaining | **6 months** | |
| | List the contract number of any government contract | | **Kathleen Ricardo, et Trustee 20588 Lynde Ct # Courr Saratoga, CA 95070-5312** |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Case: 23-50461    Doc# 1    Filed: 04/28/23    Entered: 04/28/23 17:20:22    Page 31 of 94

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Cuinn Hamm** | | **American Express** | ☐ D ____<br>■ E/F __3.5__<br>☐ G ____ |
| 2.2 | **Cuinn Hamm** | | **Capital One Bank** | ☐ D ____<br>■ E/F __3.9__<br>☐ G ____ |
| 2.3 | **Cuinn Hamm** | | **Comerica Bank** | ☐ D ____<br>■ E/F __3.16__<br>☐ G ____ |
| 2.4 | **Cuinn Hamm** | | **Home Depot Credit Card Services** | ☐ D ____<br>■ E/F __3.29__<br>☐ G ____ |
| 2.5 | **Cuinn Hamm** | | **Sigler Wholesale Distributors 17735490** | ☐ D ____<br>■ E/F __3.49__<br>☐ G ____ |
| 2.6 | **Cuinn Hamm** | | **Small Business Administration** | ■ D __2.3__<br>☐ E/F ____<br>☐ G ____ |

Case: 23-50461    Doc# 1    Filed: 04/28/23    Entered: 04/28/23 17:20:22    Page 32 of 94

| Debtor | American HVAC & Plumbing, Inc. | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.7 **James Hamm** | | **Chase** | ☐ D _____<br>■ E/F ___**3.11**___<br>☐ G _____ |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name    **American HVAC & Plumbing, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..................................................................    $    **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................    $    **115,224.64**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................    $    **115,224.64**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A *Amount of claim,* from line 3 of *Schedule D*.....................    $    **709,731.81**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $    **18,180.71**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$    **1,494,072.34**

4. **Total liabilities** ......................................................................................................
   Lines 2 + 3a + 3b    $    **2,221,984.86**

Software Copyright (c) 2023 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name **American HVAC & Plumbing, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ___

■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 28, 2023**    X **/s/ Cuinn F. Hamm**
_____
Signature of individual signing on behalf of debtor

**Cuinn F. Hamm**
_____
Printed name

**President**
_____
Position or relationship to debtor

| | |
|---|---|
| Debtor name | **American HVAC & Plumbing, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express PO Box 981537 El Paso, TX 79998-1537 | | Bus credit card | | | | $52,882.22 |
| Brian Buller 21580 Norman Dr Los Gatos, CA 95033-8803 | | lawsuit for defective instal | Unliquidated Disputed | | | $8,985.00 |
| Capital One Bank PO Box 30285 Salt Lake City, UT 84130-0285 | | credit card | | | | $11,030.52 |
| CFM Equipment Distributors 1644 Main Ave Ste 1 Sacramento, CA 95838-2409 | | vendor debt | | | | $121,317.11 |
| Chase PO Box 15298 Wilmington, DE 19850-5298 | | credit card | | | | $126,178.01 |
| Christian Garcia co Costanzo Law Firm 2005 De la Cruz Blvd Ste 215 Santa Clara, CA 95050-3025 | | wage claim, discrimination | Contingent Unliquidated Disputed | | | $367,400.00 |
| Comerica Bank PO Box 790408 Saint Louis, MO 63179-0408 | | secured line of credit | | $120,115.00 | $94,088.00 | $26,026.00 |
| Comerica Bank PO Box 790408 Saint Louis, MO 63179-0408 | | Bus credit card | | | | $35,078.00 |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Case: 23-50461     Doc# 1     Filed: 04/28/23     Entered: 04/28/23 17:20:22     Page 36 of 94

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Comerica Bank PO Box 790408 Saint Louis, MO 63179-0408 | | credit card | | | | $33,392.77 |
| Home Depot Credit Card Services PO Box 78011 Phoenix, AZ 85062-8011 | | materials | | | | $26,847.06 |
| Inikosoft 15495 Los Gatos Blvd Ste 4 Los Gatos, CA 95032-2544 | | vendor debt | | | | $5,195.58 |
| Kaiser Permanente PO Box 629024 El Dorado Hills, CA 95762-9024 | | Insurance premiums | | | | $22,384.96 |
| Lennox Industries 2100 Lake Park Blvd Richardson, TX 75080-2254 | | vendor debt | | $98,601.31 | $1,000.00 | $98,601.31 |
| Sigler Wholesale Distributors 17735490 21200 Lassen St Chatsworth, CA 91311-4252 | | vendor debt | | | | $27,628.67 |
| Slakey Brothers Note PO Box 742444 Los Angeles, CA 90074-2444 | | vendor debt | | | | $354,822.57 |
| Slakey Brothers, Inc. PO Box 742444 Los Angeles, CA 90074-2444 | | vendor debt | | | | $16,485.45 |
| Small Business Administration PO Box 3918 Portland, OR 97208-3918 | | EIDL Secured loan | | $489,900.00 | $94,088.00 | $489,900.00 |
| Strategic America 6600 Westown Pkwy Ste 100 West Des Moines, IA 50266-7708 | | vendor debt | | | | $15,600.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Synergy 6830527 8500 Leesburg Pike Ste 314 Vienna, VA 22182-2409** | | **vendor debt** | | | | **$5,079.00** |
| **T&A Supply 6826303 PO Box 927 Kent, WA 98035-0927** | | **vendor debt** | | | | **$215,447.87** |

# United States Bankruptcy Court
## Northern District of California, San Jose Division

In re __American HVAC & Plumbing, Inc.__  Case No. _____

Debtor(s)  Chapter __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Cuinn Hamm**<br>**17800 Soda Springs Rd**<br>**Los Gatos, CA 95033-8656** | **Common Stockholder** | **100** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __April 28, 2023__  Signature __/s/ Cuinn F. Hamm__

__Cuinn F. Hamm__

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**Northern District of California, San Jose Division**

IN RE:                                                          Case No. _____

American HVAC & Plumbing, Inc.                    Chapter **11** _____

_____
                     Debtor(s)

**CREDITOR MATRIX COVER SHEET**

I declare that the attached Creditor Mailing Matrix, consisting of _____**12** sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **April 28, 2023**

*/s/ Lars Fuller*_____
Signature of Debtor's Attorney or Pro Per Debtor

Software Copyright (c) 2023 CINGroup - www.cincompass.com

☐ Check if this is an amended filing

**Fill in this information to identify the case:**

Debtor name **American HVAC & Plumbing, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

Case number (if known) _____

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:** Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other **Additional approx 160K month to date** | **$742,760.77** |
   | **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other **$1,081,000 net loss** | **$4,481,852.00** |
   | **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other **1,367,966 net income** | **$5,818,141.00** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   | | |

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|
   | | | | |

Case: 23-50461    Doc# 1    Filed: 04/28/23    Entered: 04/28/23 17:20:22    Page 41 of 94

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Slakey Brothers, Inc.** **PO Box 742444** **Los Angeles, CA 90074-2444** | **2-23-2023** | **$11,815.79** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.2. **T&A Supply** | **3-6-2023** | **$8,659.18** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.3. **Sigler Wholesale Distributors** **17735490** **21200 Lassen St** **Chatsworth, CA 91311-4252** | **4-28-2023** | **$16,758.72** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other__**levy**__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**  **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Software Copyright (c) 2023 CINGroup - www.cincompass.com

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Comerica Bank vs American HVAC & Plumbing, Inc 22CV401730** | **Breach of contract** | **Superior Court of Santa Clara 191 N 1st St San Jose, CA 95113-1006** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | **LA Commercial Group, Inc. v American HVAC 22HCV01404** | **breach of contract** | **Superior Court of Los Angeles 9425 Penfield Ave Chatsworth, CA 91311-6516** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.3. | **Brian Buller v American HVAC, Inc. 23SC089168** | **Alleged im[proper installatin of furnace** | **Santa Clara County Superior Court 191 N 1st St San Jose, CA 95113-1006** | ■ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B  *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Case: 23-50461    Doc# 1    Filed: 04/28/23    Entered: 04/28/23 17:20:22    Page 43 of 94

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **The Fuller Law Firm, PC**<br>**60 N Keeble Ave**<br>**San Jose, CA 95126-2723** | | **1/3/2023** | **$5,000.00** |
| Email or website address | | | |
| Who made the payment, if not debtor?<br>**James Hamm** | | | |
| 11.2. **The Fuller Law Firm, P.C.**<br>**60 N Keeble Ave**<br>**San Jose, CA 95126-2723** | **In addition Debtor paid the filing fee of $1,738.** | **4-24-2023** | **$15,000.00** |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. **Ford Credit**<br>**PO Box 542000**<br>**Omaha, NE 68154-8000** | **2019 Ford F150 (ID *18506)** | **Dec. 2022** | **$0.00** |
| Relationship to debtor<br>**Lessor** | | | |
| 13.2. **Ford Credit**<br>**PO Box 542000**<br>**Omaha, NE 68154-8000** | **2019 FOrd Escape**<br>**ID *70878** | **12-2022** | **$0.00** |
| Relationship to debtor<br>**Lessor** | | | |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Case: 23-50461    Doc# 1    Filed: 04/28/23    Entered: 04/28/23 17:20:22    Page 44 of 94

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer was<br>made | Total amount or<br>value |
|---|---|---|---|---|
| 13.3<br>· | **Ford Credit<br>PO Box 542000<br>Omaha, NE 68154-8000** | **2019 Ford T150<br>ID No. 88997** | **12-2022** | **$0.00** |
| | Relationship to debtor<br>**Lessor** | | | |
| 13.4<br>· | **Ford Credit<br>PO Box 542000<br>Omaha, NE 68154-8000** | **2020 Ford Escape<br>ID *84260** | **Dec. 2022** | **$0.00** |
| | Relationship to debtor | | | |
| 13.5<br>· | **Ford Credit<br>PO Box 542000<br>Omaha, NE 68154-8000** | **2020 Ford Escape<br>ID *70636** | **Dec. 2022** | **$0.00** |
| | Relationship to debtor<br>**Lessor** | | | |
| 13.6<br>· | **Ford Credit<br>PO Box 542000<br>Omaha, NE 68154-8000** | **2016 Ford T250<br>ID *76917** | **Dec. 2022** | **$0.00** |
| | Relationship to debtor<br>**Lessor** | | | |

**Part 7:  Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:  Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the<br>debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

**Part 9:  Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or**

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Case: 23-50461    Doc# 1    Filed: 04/28/23    Entered: 04/28/23 17:20:22    Page 45 of 94

**profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Case: 23-50461    Doc# 1    Filed: 04/28/23    Entered: 04/28/23 17:20:22    Page 46 of 94

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Jacob Peterson 152 Kennedy Ave Campbell, CA 95008-4115** | **July 2022-Dec 2022** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **James Hannigan 6455 Almaden Expy Ste 213 San Jose, CA 95120-2801** | **2020-prresent** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

Software Copyright (c) 2023 CINGroup - www.cincompass.com

■ None

| Name and address |
| --- |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Cuinn Hamm** | **17800 Soda Springs Rd**<br>**Los Gatos, CA 95033-8656** | **President, Secretary. Director** | **100** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- | --- |
| 30.1. | **Cuinn Hamm**<br>**17800 Soda Springs Rd**<br>**Los Gatos, CA 95033-8656** | **$180,000** | **Monthly salary (total last 12 months)** | |
| | **Relationship to debtor**<br>**President, Director** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
| --- | --- |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **April 28, 2023**

**/s/ Cuinn F. Hamm**                                                 **Cuinn F. Hamm**
Signature of individual signing on behalf of the debtor              Printed name

Position or relationship to debtor     **President**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 2023 CINGroup - www.cincompass.com

# United States Bankruptcy Court
## Northern District of California, San Jose Division

In re    **American HVAC & Plumbing, Inc.**      Case No.

Debtor(s)      Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     ☐   **FLAT FEE**

         For legal services, I have agreed to accept      $ _____

         Prior to the filing of this statement I have received      $ _____

         Balance Due      $ _____

     ■   **RETAINER**

         For legal services, I have agreed to accept and received a retainer of      $    **20,000.00**

         The undersigned shall bill against the retainer at an hourly rate of      $    **505.00**
         [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.   ■   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐   I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
     e. [Other provisions as needed]
         **$5,000 of the retainer was paid by James Hamm individually as a gift to Debtor**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

In re    **American HVAC & Plumbing, Inc.**                  Case No.
                                     Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR
## (Continuation Sheet)

| **CERTIFICATION** |
| --- |

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
| --- | --- |
| **April 28, 2023** | **/s/ Lars Fuller** |
| *Date* | **Lars Fuller** |
| | *Signature of Attorney* |
| | **The Fuller Law Firm, PC** |
| | |
| | **60 N Keeble Ave** |
| | **San Jose, CA 95126-2723** |
| | **(408) 295-5595** |
| | **admin@fullerlawfirm.net** |
| | *Name of law firm* |

Form **1120-S**

Department of the Treasury
Internal Revenue Service

## U.S. Income Tax Return for an S Corporation

► Do not file this form unless the corporation has filed or
is attaching Form 2553 to elect to be an S corporation.
► Go to *www.irs.gov/Form1120S* for instructions and the latest information.

OMB No. 1545-0123

**2021**

For calendar year 2021 or tax year beginning , 2021, ending ,

| | | |
|---|---|---|
| **A** S election effective date 10/01/2009 | **TYPE OR PRINT** AMERICAN HVAC INC 152 A KENNEDY AVENUE CAMPBELL, CA 95008-4115 | **D** Employer identification number 2923 |
| **B** Business activity code number (see instructions) 238220 | | **E** Date incorporated 9/18/2009 |
| **C** Check if Schedule M-3 attached ☐ | | **F** Total assets (see instructions) $ 281,012. |

**G** Is the corporation electing to be an S corporation beginning with this tax year? See instructions. ☐ Yes ☒ No

**H** Check if: **(1)** ☐ Final return **(2)** ☐ Name change **(3)** ☐ Address change
**(4)** ☐ Amended return **(5)** ☐ S election termination

**I** Enter the number of shareholders who were shareholders during any part of the tax year ......................► ___1

**J** Check if corporation: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | | | |
|---|---|---|---|
| **I N C O M E** | **1a** Gross receipts or sales ........................ | **1a** 5,818,141. | |
| | **b** Returns and allowances ........................ | **1b** | |
| | **c** Balance. Subtract line 1b from line 1a .................................................. | **1c** | 5,818,141. |
| | **2** Cost of goods sold (attach Form 1125-A) ............................................... | **2** | 4,454,553. |
| | **3** Gross profit. Subtract line 2 from line 1c .............................................. | **3** | 1,363,588. |
| | **4** Net gain (loss) from Form 4797, line 17 (attach Form 4797) ................................ | **4** | |
| | **5** Other income (loss) (see instrs – att statement) ............... **SEE STATEMENT 1** | **5** | 4,378. |
| | **6** **Total income (loss).** Add lines 3 through 5 ..........................................► | **6** | 1,367,966. |
| **D E D U C T I O N S (SEE INSTRS)** | **7** Compensation of officers (see instructions — attach Form 1125-E)............................ | **7** | 193,077. |
| | **8** Salaries and wages (less employment credits) ........................................... | **8** | 688,929. |
| | **9** Repairs and maintenance ............................................................ | **9** | 150. |
| | **10** Bad debts ......................................................................... | **10** | |
| | **11** Rents ............................................................................. | **11** | 54,190. |
| | **12** Taxes and licenses ................................................................. | **12** | 69,584. |
| | **13** Interest (see instructions) .......................................................... | **13** | 43,270. |
| | **14** Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) ........... | **14** | 8,001. |
| | **15** Depletion (**Do not deduct oil and gas depletion.**) ...................................... | **15** | |
| | **16** Advertising ....................................................................... | **16** | 351,276. |
| | **17** Pension, profit-sharing, etc., plans .................................................. | **17** | |
| | **18** Employee benefit programs .......................................................... | **18** | 8,673. |
| | **19** Other deductions (attach statement) ..................... **SEE STATEMENT 2** | **19** | 337,388. |
| | **20** **Total deductions.** Add lines 7 through 19 ...........................................► | **20** | 1,754,538. |
| | **21** **Ordinary business income (loss).** Subtract line 20 from line 6.......................... | **21** | -386,572. |
| **T A X A N D P A Y M E N T S** | **22a** Excess net passive income or LIFO recapture tax (see instructions) | **22a** | |
| | **b** Tax from Schedule D (Form 1120-S) | **22b** | |
| | **c** Add lines 22a and 22b (see instructions for additional taxes) ............................. | **22c** | |
| | **23a** 2021 estimated tax payments and 2020 overpayment credited to 2021 | **23a** | |
| | **b** Tax deposited with Form 7004 | **23b** | |
| | **c** Credit for federal tax paid on fuels (attach Form 4136) | **23c** | |
| | **d** Add lines 23a through 23c ........................................................... | **23d** | |
| | **24** Estimated tax penalty (see instructions). Check if Form 2220 is attached ...............► ☐ | **24** | |
| | **25** Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed ...... | **25** | 0. |
| | **26** Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid ..... | **26** | |
| | **27** Enter amount from line 26: **Credited to 2022 estimated tax** ► **Refunded** ► | **27** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer     Date     ► **PRESIDENT & CEO**
Title

May the IRS discuss this return with the preparer shown below? See instructions.
☒ Yes ☐ No

**Paid Preparer Use Only**

| | | |
|---|---|---|
| Print/Type preparer's name JAMES M. HANNIGAN, CPA | Preparer's signature JAMES M. HANNIGAN, CPA | Date 3/21/22 Check ☒ if self-employed PTIN P01817318 |
| Firm's name ► JAMES M. HANNIGAN CPA | | Firm's EIN ► 874649239 |
| Firm's address ► 6455 ALMADEN EXPRESSWAY, SUITE 213 SAN JOSE, CA 95120 | | Phone no. (408) 921-6145 |

**BAA For Paperwork Reduction Act Notice, see separate instructions.**     SPSA0112 07/01/21     Form **1120-S** (2021)

## Schedule B   Other Information   (see instructions)

| | Yes | No |
|---|---|---|
| **1** Check accounting method:   **a** ☒ Cash   **b** ☐ Accrual   **c** ☐ Other (specify) ► _____ | | |
| **2** See the instructions and enter the: | | |
| **a** Business activity. ► CONTRACTOR      **b** Product or service ►   SERVICE | | |
| **3** At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation ....... | | X |
| **4** At the end of the tax year, did the corporation: | | |
| **a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if applicable) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| **b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . . . . . . . . . . | | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum % Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | Yes | No |
|---|---|---|
| **5a** At the end of the tax year, did the corporation have any outstanding shares of restricted stock? . . . . . . . . . . . . . . | | X |
| If "Yes," complete lines (i) and (ii) below. | | |
| (i) Total shares of restricted stock . . . . . . . . . . . . . . . . . . . . . . . . . ► _____ | | |
| (ii) Total shares of non-restricted stock . . . . . . . . . . . . . . . . . . . . . ► _____ | | |
| **b** At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? ....... | | X |
| If "Yes," complete lines (i) and (ii) below. | | |
| (i) Total shares of stock outstanding at the end of the tax year . . . . . . . . . . . . . . ► _____ | | |
| (ii) Total shares of stock outstanding if all instruments were executed . . . . . . . . . . ► _____ | | |
| **6** Has this return filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide information on any reportable transaction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **7** Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . . . . . . . . . . ► ☐ | | |
| If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| **8** If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation, **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► $ _____ | | |
| **9** Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **10** Does the corporation satisfy one or more of the following? See instructions . . . . . . . . . . . . . . . . . . . . | | X |
| **a** The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| **b** The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the corporation has business interest expense. | | |
| **c** The corporation is a tax shelter and the corporation has business interest expense. | | |
| If "Yes," complete and attach Form 8990. | | |
| **11** Does the corporation satisfy **both** of the following conditions? . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **a** The corporation's total receipts (see instructions) for the tax year were less than $250,000. | | |
| **b** The corporation's total assets at the end of the tax year were less than $250,000. | | |
| If "Yes," the corporation is not required to complete Schedules L and M-1. | | |

Case: 23-50461    Doc# 1    Filed: 04/28/23    Entered: 04/28/23 17:20:22    Page 53 of 94

## Schedule B    Other Information    (see instructions) *(continued)*

| | | Yes | No |
|---|---|:---:|:---:|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," enter the amount of principal reduction . . . . . . . . . . . . . . . . . . . . . . ▶ $ _____ | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions . . . . . | | X |
| 14a | Did the corporation make any payments in 2021 that would require it to file Form(s) 1099? . . . . . . . . . . . . . . . . . . . . . . . | | X |
| b | If "Yes," did the corporation file or will it file required Form(s) 1099? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," enter the amount from Form 8996, line 15 . . . . . . . . . . . . . . . . . . . ▶ $ | | |

## Schedule K    Shareholders' Pro Rata Share Items

| | | | | Total amount |
|---|---|---|---|---:|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 21) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 | -386,572. |
| | 2 | Net rental real estate income (loss) (attach Form 8825) . . . . . . . . . . . . . . . . . . . | 2 | |
| | 3a | Other gross rental income (loss) . . . . . . . . . . . . . . . | 3a | | |
| | b | Expenses from other rental activities (attach statement) . . . . . | 3b | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a . . . . . . . . . | 3c | |
| | 4 | Interest income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 | 16. |
| | 5 | Dividends: a Ordinary dividends . . . . . . . . . . . . . . . . . . . . . . . . . | 5a | |
| | | b Qualified dividends . . . . . . . . . . . . . . . | 5b | | |
| | 6 | Royalties . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) . . . . . . . . . . | 7 | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) . . . . . . . . . . | 8a | |
| | b | Collectibles (28%) gain (loss) . . . . . . . . . . . . . . . . . | 8b | | |
| | c | Unrecaptured section 1250 gain (attach statement) . . . . . . . . . . | 8c | | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) . . . . . . . . . . . . . . . . . . . | 9 | |
| | 10 | Other income (loss) (see instructions) . . . . . . Type ▶ | 10 | |
| **Deductions** | 11 | Section 179 deduction (attach Form 4562) . . . . . . . . . . . . . . . . . . . . . | 11 | |
| | 12a | Charitable contributions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 12a | |
| | b | Investment interest expense . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 12b | |
| | c | Section 59(e)(2) expenditures . . . . . . . . . . . Type ▶ _____ | 12c | |
| | d | Other deductions (see instructions) . . . . . . . . Type ▶ _____ | 12d | |
| **Credits** | 13a | Low-income housing credit (section 42(j)(5)) . . . . . . . . . . . . . . . . . . . . . | 13a | |
| | b | Low-income housing credit (other) . . . . . . . . . . . . . . . . . . . . . . . . . . | 13b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) . . . . . . . . . . . . . . . | 13c | |
| | d | Other rental real estate credits (see instrs) . . . . . . Type ▶ _____ | 13d | |
| | e | Other rental credits (see instructions) . . . . . . . . Type ▶ _____ | 13e | |
| | f | Biofuel producer credit (attach Form 6478) . . . . . . . . . . . . . . . . . . . . . | 13f | |
| | g | Other credits (see instructions) . . . . . . . . . . . . Type ▶ | 13g | |
| **International Transactions** | 14 | Attach Schedule K-2 (Form 1120-S), Shareholders' Pro Rata Share Items —International, and check this box to indicate you are reporting items of international tax relevance . . . . . . . . . . . . ▶ ☐ | | |
| **Alternative Minimum Tax (AMT) Items** | 15a | Post-1986 depreciation adjustment . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 15a | -15,999. |
| | b | Adjusted gain or loss . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 15b | |
| | c | Depletion (other than oil and gas) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 15c | |
| | d | Oil, gas, and geothermal properties — gross income . . . . . . . . . . . . . . | 15d | |
| | e | Oil, gas, and geothermal properties — deductions . . . . . . . . . . . . . . . . | 15e | |
| | f | Other AMT items (attach statement) . . . . . . . . . . . . . . . . . . . . . . . . . . | 15f | |
| **Items Affecting Shareholder Basis** | 16a | Tax-exempt interest income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 16a | |
| | b | Other tax-exempt income . SEE STATEMENT 3 . . . . . . . . . . . . . . . . | 16b | 289,772. |
| | c | Nondeductible expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 16c | 2,942. |
| | d | Distributions (attach stmt if required) (see instrs) . . . . . . . . . . . . . . . . | 16d | |
| | e | Repayment of loans from shareholders . . . . . . . . . . . . . . . . . . . . . . . | 16e | |
| | f | Foreign taxes paid or accrued . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 16f | |

| | | |
|---|---|---|
| BAA | SPSA0134  07/01/21 | Form **1120-S** (2021) |

Case: 23-50461    Doc# 1    Filed: 04/28/23    Entered: 04/28/23 17:20:22    Page 54 of 94

| Schedule K | Shareholders' Pro Rata Share Items *(continued)* | | Total amount |
|---|---|---|---|
| Other Information | 17a Investment income................................ | 17a | 16. |
| | b Investment expenses............................... | 17b | |
| | c Dividend distributions paid from accumulated earnings and profits................. | 17c | |
| | d Other items and amounts (attach statement)   SEE STATEMENT 4 | | |
| Reconciliation | 18 **Income (loss) reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 16f ............. | 18 | −386,556. |

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | Assets | (a) | (b) | (c) | (d) |
| 1 | Cash................................ | | 121,758. | | 213,953. |
| 2a | Trade notes and accounts receivable......... | | | | |
| b | Less allowance for bad debts ............. | ( ) | | ( ) | |
| 3 | Inventories........................... | | | | |
| 4 | U.S. government obligations............... | | | | |
| 5 | Tax-exempt securities (see instructions)...... | | | | |
| 6 | Other current assets (attach stmt) .... SEE ST 5 | | 44,647. | | 48,846. |
| 7 | Loans to shareholders................... | | | | |
| 8 | Mortgage and real estate loans............ | | | | |
| 9 | Other investments (attach statement).......... | | | | |
| 10a | Buildings and other depreciable assets....... | 152,430. | | 152,430. | |
| b | Less accumulated depreciation............ | ( 128,917. ) | 23,513. | ( 136,918. ) | 15,512. |
| 11a | Depletable assets...................... | | | | |
| b | Less accumulated depletion.............. | ( ) | | ( ) | |
| 12 | Land (net of any amortization)............. | | | | |
| 13a | Intangible assets (amortizable only)......... | | | | |
| b | Less accumulated amortization............ | ( ) | | ( ) | |
| 14 | Other assets (attach stmt) ..... SEE ST 6 | | 2,702. | | 2,701. |
| 15 | Total assets........................... | | 192,620. | | 281,012. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable....................... | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year..... | | | | |
| 18 | Other current liabilities (attach stmt) .. SEE ST 7 | | 416,432. | | 214,494. |
| 19 | Loans from shareholders................. | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more...... | | 284,275. | | 674,330. |
| 21 | Other liabilities (attach statement) ..... SEE ST 8 | | | | 1. |
| 22 | Capital stock.......................... | | | | |
| 23 | Additional paid-in capital................. | | | | |
| 24 | Retained earnings ..................... | | −508,087. | | −607,813. |
| 25 | Adjustments to shareholders' equity (att stmt)........ | | | | |
| 26 | Less cost of treasury stock............... | | ( ) | | ( ) |
| 27 | Total liabilities and shareholders' equity ...... | | 192,620. | | 281,012. |

SPSA0134  07/14/21                                                        Form **1120-S** (2021)

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Net income (loss) per books | -99,726. | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | a | Tax-exempt interest . $ _____ STATEMENT 9 _____ 289,772. | 289,772. |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 16f (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12 and 16f, not charged against book income this year (itemize): | |
| a | Depreciation ....... $ _____ | | a | Depreciation .... $ _____ | |
| b | Travel and entertainment $ ____ 2,942. | 2,942. | 7 | Add lines 5 and 6 | 289,772. |
| 4 | Add lines 1 through 3 | -96,784. | 8 | Income (loss) (Schedule K, line 18). Subtract line 7 from line 4 | -386,556. |

## Schedule M-2 — Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account (see instructions)

| | | (a) Accumulated adjustments account | (b) Shareholders' undistributed taxable income previously taxed | (c) Accumulated earnings and profits | (d) Other adjustments account |
|---|---|---|---|---|---|
| 1 | Balance at beginning of tax year | -529,572. | | | |
| 2 | Ordinary income from page 1, line 21 | | | | |
| 3 | Other additions ..... SEE STATEMENT 10 | 289,788. | | | 289,772. |
| 4 | Loss from page 1, line 21 | ( 386,572.) | | | |
| 5 | Other reductions ... SEE STATEMENT 11 | ( 2,942.) | | | ( 289,772.) |
| 6 | Combine lines 1 through 5 | -629,298. | | | |
| 7 | Distributions | | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 | -629,298. | | | |

SPSA0134  07/14/21                                                 Form **1120-S** (2021)

Case: 23-50461    Doc# 1    Filed: 04/28/23    Entered: 04/28/23 17:20:22    Page 56 of 94

# Cost of Goods Sold

▶ **Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.**
▶ **Go to** *www.irs.gov/Form1125A* **for the latest information.**

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| AMERICAN HVAC INC | 2923 |

| | | | |
|---|---|---|---:|
| **1** | Inventory at beginning of year | **1** | |
| **2** | Purchases | **2** | 1,955,276. |
| **3** | Cost of labor | **3** | 1,564,752. |
| **4** | Additional section 263A costs (attach schedule) | **4** | |
| **5** | Other costs (attach schedule) . . . . . . . . SEE STATEMENT 12 | **5** | 934,525. |
| **6** | **Total.** Add lines 1 through 5 | **6** | 4,454,553. |
| **7** | Inventory at end of year | **7** | |
| **8** | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | **8** | 4,454,553. |

**9a** Check all methods used for valuing closing inventory:

   (i) ☐ Cost

   (ii) ☐ Lower of cost or market

   (iii) ☐ Other (Specify method used and attach explanation.) ▶ _____

**b** Check if there was a writedown of subnormal goods . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) . . . . . . . . . . . . . ▶ ☐

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed
under LIFO . . . . . . . . . . . . . . . . . . . . . . . . . . . . **9d**

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions . . . . . . . . ☐ Yes ☐ No

**f** Was there any change in determining quantities, cost, or valuations between opening and
closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

**BAA For Paperwork Reduction Act Notice, see instructions.**

Form **1125-A** (Rev. 11-2018)

CPCZ0401L  09/26/18

# Schedule K-1
### (Form 1120-S)
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

beginning / / ending / /

OMB No. 1545-0123

☐ Final K-1     ☐ Amended K-1

## Shareholder's Share of Income, Deductions, Credits, etc.
▶ See separate instructions.

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | Part I | Information About the Corporation |
|---|---|---|

**A** Corporation's employer identification number

2923

**B** Corporation's name, address, city, state, and ZIP code

AMERICAN HVAC INC
152 A KENNEDY AVENUE
CAMPBELL, CA 95008-4115

**C** IRS Center where corporation filed return

E-FILE

**D** Corporation's total number of shares

| Beginning of tax year. . . . . . . . . . . . . | 0 |
| End of tax year. . . . . . . . . . . . . . . . . | 0 |

| | Part II | Information About the Shareholder |
|---|---|---|

**E** Shareholder's identifying number

**F** Shareholder's name, address, city, state, and ZIP code

CUINN F. HAMM
152 A KENNEDY AVENUE
CAMPBELL, CA 95008-4115

**G** Current year allocation percentage . . . . . . . . . **100 %**

**H** Shareholder's number of shares

| Beginning of tax year. . . . . . . . . . . . . | 0 |
| End of tax year. . . . . . . . . . . . . . . . . | 0 |

**I** Loans from shareholder

| Beginning of tax year. . . . . . . . . . . $ | |
| End of tax year. . . . . . . . . . . . . . . $ | |

F
O
R

I
R
S

U
S
E

O
N
L
Y

| | Income / Deductions / Credits | Other Items |
|---|---|---|
| **1** | Ordinary business income (loss) −386,572. | **13** Credits |
| **2** | Net rental real estate income (loss) | |
| **3** | Other net rental income (loss) | |
| **4** | Interest income 16. | |
| **5a** | Ordinary dividends | |
| **5b** | Qualified dividends | **14** Schedule K-3 is attached if checked. . . . . . . . . . . . . ▶ ☐ |
| **6** | Royalties | **15** Alternative minimum tax (AMT) items |
| | | A −15,999. |
| **7** | Net short-term capital gain (loss) | |
| **8a** | Net long-term capital gain (loss) | |
| **8b** | Collectibles (28%) gain (loss) | |
| **8c** | Unrecaptured section 1250 gain | |
| **9** | Net section 1231 gain (loss) | **16** Items affecting shareholder basis |
| | | B 289,772. |
| **10** | Other income (loss) | C 2,942. |
| **11** | Section 179 deduction | **17** Other information |
| | | A 16. |
| **12** | Other deductions | AC 5,822,535. |
| | | V* STMT |
| **18** ☐ | More than one activity for at-risk purposes* | |
| **19** ☐ | More than one activity for passive activity purposes* | |
| | *See attached statement for additional information. | |

Case: 23-50461   Doc# 1   Filed: 04/28/23   Entered: 04/28/23 17:20:22   Page 58 of 94

## Statement A—QBI Pass-through Entity Reporting (Schedule K-1, Box 17, Code V)

| Pass-through entity's name: AMERICAN HVAC INC | Pass-through entity's EIN: | 2923 |
|---|---|---|
| Shareholder's name: CUINN F. HAMM | Shareholder's identifying number: | |

| Shareholder's share of: | AMERICAN HVAC INC<br>☐ PTP ☐ Aggregated ☐ SSTB | ☐ PTP ☐ Aggregated ☐ SSTB | ☐ PTP ☐ Aggregated ☐ SSTB |
|---|---|---|---|
| **QBI or qualified PTP items subject to shareholder-specific determinations:** | | | |
| Ordinary business income (loss) | -386,572. | | |
| Rental income (loss) . . . . . . . . . . | | | |
| Royalty income (loss) . . . . . . . . . | | | |
| Section 1231 gain (loss) . . . . . . . | | | |
| Other income (loss) . . . . . . . . . . . | | | |
| Section 179 deduction . . . . . . . . | | | |
| Other deductions . . . . . . . . . . . . . | | | |
| **W-2 wages** . . . . . . . . . . . . . . . . . . . . | 2,446,758. | | |
| **UBIA of qualified property** . . . . . . . . . . . . . . . . | 126,103. | | |
| **Section 199A dividends** | | | |

| Shareholder's share of: | ☐ PTP ☐ Aggregated ☐ SSTB | ☐ PTP ☐ Aggregated ☐ SSTB | ☐ PTP ☐ Aggregated ☐ SSTB |
|---|---|---|---|
| **QBI or qualified PTP items subject to shareholder-specific determinations:** | | | |
| Ordinary business income (loss) | | | |
| Rental income (loss) . . . . . . . . . . | | | |
| Royalty income (loss) . . . . . . . . . | | | |
| Section 1231 gain (loss) . . . . . . . | | | |
| Other income (loss) . . . . . . . . . . . | | | |
| Section 179 deduction . . . . . . . . | | | |
| Other deductions . . . . . . . . . . . . . | | | |
| **W-2 wages** . . . . . . . . . . . . . . . . . . . . | | | |
| **UBIA of qualified property** . . . . . . . . . . . . . . . . | | | |

BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1120-S.  SPSA1515  06/08/21      **Statement A (Form 1120-S) (2021)**

Case: 23-50461   Doc# 1   Filed: 04/28/23   Entered: 04/28/23 17:20:22   Page 59 of 94

AMERICAN HVAC INC

# 2021 SHAREHOLDER'S SHARE OF INVESTMENT IN PASSTHROUGH ENTITIES

**Note:** The amounts on this schedule are provided for informational purposes only. These amounts are already included on Schedule K-1.

Shareholder's Name

CUINN F. HAMM

Shareholder's Identification number

| Name of Passthrough Entity | Employer Identification No. | Type of Entity | Final K-1 | |
|---|---|---|---|---|
| A AMERICAN HVAC INC | 2923 | NON PASSIVE | | |
| B | | | | |
| C | | | | |
| D | | | | |

| | | Passthrough Entities | | | |
|---|---|---|---|---|---|
| | | **A** | **B** | **C** | **D** |
| **Income (Loss)** | Ordinary business income (loss) . . . . . . . . . . . . . . . . . . | | | | |
| | Net rental real estate income (loss) . . . . . . . . . . . . . . . | | | | |
| | Other net rental income (loss) . . . . . . . . . . . . . . . . . . | | | | |
| | Interest . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| | Ordinary dividends . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| | Qualified dividends . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| | Royalties . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| | Net short-term capital gain (loss) . . . . . . . . . . . . . . . . | | | | |
| | Net long-term capital gain (loss) . . . . . . . . . . . . . . . . . | | | | |
| | Collectibles (28%) gain (loss) . . . . . . . . . . . . . . . . . . . | | | | |
| | Unrecaptured section 1250 gain . . . . . . . . . . . . . . . . . | | | | |
| | Guaranteed payments . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| | Net section 1231 gain (loss) . . . . . . . . . . . . . . . . . . . . | | | | |
| | Other income (loss) . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| **Deductions** | Section 179 expense deduction . . . . . . . . . . . . . . . . . . | | | | |
| | Charitable contributions . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| | Investment interest expense . . . . . . . . . . . . . . . . . . . . | | | | |
| | Section 59(e)(2) expense: Intangible Drilling costs . . . . . | | | | |
| | Section 59(e)(2) expense: Dry Hole expense . . . . . . . . . | | | | |
| | Other section 59(e)(2) expenses . . . . . . . . . . . . . . . . . | | | | |
| | Other deductions . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| **Credits** | Low-income housing credit: | | | | |
| |   (1) Form section 42(j)(5) partnerships . . . . . . . . . . | | | | |
| |   (2) Other . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| | Qual. rehabilitation expenditures related to rental real estate act . . . | | | | |
| | Other rental real estate credits . . . . . . . . . . . . . . . . . . | | | | |
| | Other rental credits . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| | Biofuel producer credit . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| | Work opportunity credit . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| | Orphan drug credit . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| | Credit for increasing research . . . . . . . . . . . . . . . . . . . | | | | |
| | Disabled access credit . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| | Empowerment zone community employment . . . . . . . . . . | | | | |
| | Credit for employer Soc. Sec. tax paid on certain employee tips . . . | | | | |
| | Indian employment credit . . . . . . . . . . . . . . . . . . . . . . | | | | |
| | Small employer pension plan startup costs credit . . . . . . | | | | |
| | Credit for employer-provided childcare . . . . . . . . . . . . . | | | | |
| | Alternative motor vehicle credit . . . . . . . . . . . . . . . . . . | | | | |
| | Other credits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |

# Compensation of Officers

► **Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.**
► Information about Form 1125-E and its separate instructions is at *www.irs.gov/form1125e.*

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| AMERICAN HVAC INC | 2923 |

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| 1 (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| CUINN HAMM | | 100 % | 100 % | % | 193,077. |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |

| | | |
|---|---|---|
| 2 Total compensation of officers ............................................. | | 193,077. |
| 3 Compensation of officers claimed on Form 1125-A or elsewhere on return ...................... | | |
| 4 Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return ............................... | | 193,077. |

**BAA For Paperwork Reduction Act Notice, see separate instructions.**

Form **1125-E** (Rev 10-2016)

CPCA2101L  08/18/16

Department of the Treasury
Internal Revenue Service    (99)

**Depreciation and Amortization
(Including Information on Listed Property)**

► Attach to your tax return.

► Go to *www.irs.gov/Form4562* for instructions and the latest information.

OMB No. 1545-0172

**2021**

Attachment
Sequence No. **179**

Name(s) shown on return

AMERICAN HVAC INC

Business or activity to which this form relates

FORM 1120S

Identifying number

2923

| Part I | **Election To Expense Certain Property Under Section 179** |
|---|---|

Note: If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | 1 | |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | 3 | |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | | |
|---|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | 7 | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | | 8 | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2020 Form 4562 | | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instrs | | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | | 12 | |
| 13 | Carryover of disallowed deduction to 2022. Add lines 9 and 10, less line 12 ......... ► | 13 | | |

Note: Don't use Part II or Part III below for listed property. Instead, use Part V.

| Part II | **Special Depreciation Allowance and Other Depreciation** (Don't include listed property. See instructions.) |
|---|---|

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions | 14 | |
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | |

| Part III | **MACRS Depreciation** (Don't include listed property. See instructions.) |
|---|---|

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2021 | 17 | 4,241. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ......... ► ☐ | | |

**Section B — Assets Placed in Service During 2021 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only — see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| **19 a** 3-year property | | | | | | |
| **b** 5-year property | | | | | | |
| **c** 7-year property | | | | | | |
| **d** 10-year property | | | | | | |
| **e** 15-year property | | | | | | |
| **f** 20-year property | | | | | | |
| **g** 25-year property | | | 25 yrs | | S/L | |
| **h** Residential rental property | | | 27.5 yrs | MM | S/L | |
| | | | 27.5 yrs | MM | S/L | |
| **i** Nonresidential real property | | | 39 yrs | MM | S/L | |
| | | | | MM | S/L | |

**Section C — Assets Placed in Service During 2021 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| **20 a** Class life | | | | | S/L | |
| **b** 12-year | | | 12 yrs | | S/L | |
| **c** 30-year | | | 30 yrs | MM | S/L | |
| **d** 40-year | | | 40 yrs | MM | S/L | |

| Part IV | **Summary** (See instructions.) |
|---|---|

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | 3,760. |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations — see instructions | 22 | 8,001. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

BAA **For Paperwork Reduction Act Notice, see separate instructions.**

FDIZ0812L 07/13/21

Form **4562** (2021)

**Part V**  **Listed Property** (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A — Depreciation and Other Information (Caution:** See the instructions for limits for passenger automobiles. )

| 24a Do you have evidence to support the business/investment use claimed? . . . . . . . . . . | X | Yes | | No | 24b | If 'Yes,' is the evidence written? . . . . . . | X | Yes | | No |

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions . . . . . . . . . . . . . . . . . . . . . . | | | | | 25 | | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| TOYOTA TUNDR | 1/01/10 | 80.00 | 11,500. | 9,200. | 5.0 | 200DB HY | | |
| FORD ECONOLI | 4/01/11 | 100.0 | 4,500. | 1,240. | 5.0 | 200DB MQ | | |
| FORD VAN 265 | 10/18/11 | 100.0 | 8,377. | 5,117. | 5.0 | 200DB MQ | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 . . . . . . . . . . . . . . | | | | | 28 | | 3,760. | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | | 29 | | 0. |

**Section B — Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other 'more than 5% owner,' or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 | Total business/investment miles driven during the year (**don't** include commuting miles). . . . . . . . . . . . . . . . | | | | | | | | | | | | |
| 31 | Total commuting miles driven during the year . . . . . . . | | | | | | | | | | | | |
| 32 | Total other personal (noncommuting) miles driven. . . . . . . . . . . . . . . . . . . . . | | | | | | | | | | | | |
| 33 | Total miles driven during the year. Add lines 30 through 32 . . . . . . . . . . . . . . . . | | | | | | | | | | | | |
| | | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 34 | Was the vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . . | | | | | | | | | | | | |
| 35 | Was the vehicle used primarily by a more than 5% owner or related person? . . . . . . . . | | | | | | | | | | | | |
| 36 | Is another vehicle available for personal use? . . . . . . . . . . . . . . . . . . . . | | | | | | | | | | | | |

**Section C — Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons. See instructions.

| | | Yes | No |
|---|---|---|---|
| 37 | Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 38 | Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners . . . . . . . . . . . . . . . | | |
| 39 | Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 40 | Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 41 | Do you meet the requirements concerning qualified automobile demonstration use? See instructions . . . . . . . . . . . . . . . . **Note:** If your answer to 37, 38, 39, 40, or 41 is 'Yes,' don't complete Section B for the covered vehicles. | | |

**Part VI**  **Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2021 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2021 tax year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 43 | | |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report . . . . . . . . . . . . . . . . . . . . . . . | | | 44 | | |

Case: 23-50461    Doc# 1    Filed: 04/28/23    Entered: 04/28/23 17:20:22    Page 63 of 94

**Part V**  **Listed Property** (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A — Depreciation and Other Information (Caution:** See the instructions for limits for passenger automobiles. )

24 a Do you have evidence to support the business/investment use claimed? . . . . . . . . . ☐ Yes ☐ No   24b If 'Yes,' is the evidence written? . . . . . . ☐ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions . . . . . . . . . . . . . . . . . | | | | | | **25** | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| FORD RANGER | 10/01/12 | 100.0 | 5,300. | 5,300. | 5.0 | 200DB HY | | |
| FORD ECONOLI | 2/25/13 | 100.0 | 8,400. | 5,040. | 5.0 | 200DB HY | | |
| FORD F-150 5 | 5/22/13 | 100.0 | 5,500. | 2,140. | 5.0 | 200DB HY | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 . . . . . . . . . . . . . . . | | | | | | **28** | | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 . . . . . . . . . . . . . . . . . . . . . . | | | | | | | **29** | |

**Section B — Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other 'more than 5% owner,' or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**don't** include commuting miles). . . . . . . . . . . . . | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year . . . . . . . | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven. . . . . . . . . . . . . . . . . | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32. . . . . . . . . . . . . | | | | | | | | | | | | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 34 Was the vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . | | | | | | | | | | | | |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? . . . . . . . . | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? . . . . . . . . . . . . . . . . . | | | | | | | | | | | | |

**Section C — Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons. See instructions.

| | | Yes | No |
|---|---|---|---|
| 37 | Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 38 | Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners . . . . . . . . . . . | | |
| 39 | Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . . . . . . . | | |
| 40 | Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . . . . . . | | |
| 41 | Do you meet the requirements concerning qualified automobile demonstration use? See instructions . . . . **Note:** If your answer to 37, 38, 39, 40, or 41 is 'Yes,' don't complete Section B for the covered vehicles. | | |

**Part VI**  **Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2021 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2021 tax year . . . . . . . . . . . . . . . . . . **43** | | | | | |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report . . . . . . . . . . . . . . **44** | | | | | |

Case: 23-50461     Doc# 1     Filed: 04/28/23     Entered: 04/28/23 17:20:22     Page 64 of 94

**Part V   Listed Property** (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A – Depreciation and Other Information (Caution:** See the instructions for limits for passenger automobiles. **)**

| 24a Do you have evidence to support the business/investment use claimed? . . . . . . . . . | | [ ] Yes [ ] No | 24b If 'Yes,' is the evidence written? . . . . . | [ ] Yes [ ] No | | | | |

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions . . . . . . . . . . . . . . . . . . . . . . . | | | | | 25 | | | |
| **26** Property used more than 50% in a qualified business use: | | | | | | | | |
| FORD RANGER | 11/05/13 | 100.0 | 5,000. | 1,640. | 5.0 | 200DB HY | | |
| CAMPER SHELL | 11/12/13 | 100.0 | 2,100. | | 5.0 | 200DB HY | | |
| FORD E-250 1 | 11/19/13 | 100.0 | 6,500. | 3,140. | 5.0 | 200DB HY | | |
| **27** Property used 50% or less in a qualified business use: | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 . . . . . . . . . . . . . | | | | | | 28 | | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 . . . . . . . . . . . . . | | | | | | | | 29 |

**Section B – Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other 'more than 5% owner,' or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 | Total business/investment miles driven during the year (**don't** include commuting miles). . . . . . . . . . . . . . | | | | | | | | | | | | |
| 31 | Total commuting miles driven during the year . . . . . . . | | | | | | | | | | | | |
| 32 | Total other personal (noncommuting) miles driven. . . . . . . . . . . . . . . . . | | | | | | | | | | | | |
| 33 | Total miles driven during the year. Add lines 30 through 32. . . . . . . . . . . | | | | | | | | | | | | |
| | | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 34 | Was the vehicle available for personal use during off-duty hours?. . . . . . . . . . . . . . . . . . | | | | | | | | | | | | |
| 35 | Was the vehicle used primarily by a more than 5% owner or related person? . . . . . . . . | | | | | | | | | | | | |
| 36 | Is another vehicle available for personal use?. . . . . . . . . . . . . . . . . . . . | | | | | | | | | | | | |

**Section C – Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons. See instructions.

| | | Yes | No |
|---|---|---|---|
| 37 | Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . . . . . . . . . . | | |
| 38 | Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners . . . . . . . . . . . . . . | | |
| 39 | Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . . . . . . | | |
| 40 | Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . . . . . . . . . | | |
| 41 | Do you meet the requirements concerning qualified automobile demonstration use? See instructions . . . . . . . . . . **Note:** If your answer to 37, 38, 39, 40, or 41 is 'Yes,' don't complete Section B for the covered vehicles. | | |

**Part VI   Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2021 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2021 tax year . . . . . . . . . . . . . . . . . . . . . . . | | | | 43 | |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report . . . . . . . . . . . . . . . . | | | | 44 | |

Case: 23-50461    Doc# 1    Filed: 04/28/23    Entered: 04/28/23 17:20:22    Page 65 of 94

**Part V**   **Listed Property** (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A — Depreciation and Other Information (Caution:** See the instructions for limits for passenger automobiles. )

| 24 a Do you have evidence to support the business/investment use claimed? | | | | ☐ Yes | ☐ No | **24b** If 'Yes,' is the evidence written? | | ☐ Yes | ☐ No |

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| **25** Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions | | | | | | **25** | | |
| **26** Property used more than 50% in a qualified business use: | | | | | | | | |
| FORD E-150 7 | 2/20/14 | 100.0 | 5,500. | 5,500. | 5.0 | 200DB HY | | |
| FORD E-150 4 | 2/20/14 | 100.0 | 5,500. | 5,500. | 5.0 | 200DB HY | | |
| FORD E-150 9 | 2/20/14 | 100.0 | 5,500. | 5,500. | 5.0 | 200DB HY | | |
| **27** Property used 50% or less in a qualified business use: | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **28** Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 | | | | | | **28** | | |
| **29** Add amounts in column (i), line 26. Enter here and on line 7, page 1 | | | | | | | **29** | |

**Section B — Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other 'more than 5% owner,' or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | | (a) Vehicle 1 | (b) Vehicle 2 | (c) Vehicle 3 | (d) Vehicle 4 | (e) Vehicle 5 | (f) Vehicle 6 |
|---|---|---|---|---|---|---|---|
| **30** | Total business/investment miles driven during the year (**don't** include commuting miles) | | | | | | |
| **31** | Total commuting miles driven during the year | | | | | | |
| **32** | Total other personal (noncommuting) miles driven | | | | | | |
| **33** | Total miles driven during the year. Add lines 30 through 32 | | | | | | |
| | | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| **34** | Was the vehicle available for personal use during off-duty hours? | | | | | | | | | | | | |
| **35** | Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| **36** | Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C — Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons. See instructions.

| | | Yes | No |
|---|---|---|---|
| **37** | Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| **38** | Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| **39** | Do you treat all use of vehicles by employees as personal use? | | |
| **40** | Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| **41** | Do you meet the requirements concerning qualified automobile demonstration use? See instructions **Note:** If your answer to 37, 38, 39, 40, or 41 is 'Yes,' don't complete Section B for the covered vehicles. | | |

**Part VI**   **Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| **42** Amortization of costs that begins during your 2021 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| **43** Amortization of costs that began before your 2021 tax year | | | | **43** | |
| **44** **Total.** Add amounts in column (f). See the instructions for where to report | | | | **44** | |

FDIZ0812L 07/12/21                                                                    Form **4562** (2021)

**Part V** **Listed Property** (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A — Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles. )**

| 24 a Do you have evidence to support the business/investment use claimed? | ☐ Yes ☐ No | 24b If 'Yes,' is the evidence written? | ☐ Yes ☐ No |
|---|---|---|---|

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions | | | | | | **25** | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| 2008 FORD F1 | 8/16/15 | 100.0 | 8,350. | 8,350. | 5.0 | 200DB MQ | | |
| 2007 FORD EV | 10/21/15 | 100.0 | 6,350. | 6,350. | 5.0 | 200DB MQ | | |
| 1965 CADILAC | 11/27/17 | 100.0 | 12,480. | 12,480. | 5.0 | 200DB MQ | 1,365. | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 | | | | | | **28** | | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 | | | | | | | **29** | |

**Section B — Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other 'more than 5% owner,' or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**don't** include commuting miles) | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 34 Was the vehicle available for personal use during off-duty hours? | | | | | | | | | | | | |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C — Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons. See instructions.

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 39 Do you treat all use of vehicles by employees as personal use? | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? See instructions | | |
| **Note:** If your answer to 37, 38, 39, 40, or 41 is 'Yes,' don't complete Section B for the covered vehicles. | | |

**Part VI** **Amortization**

| | (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2021 tax year (see instructions): | | | | | | |
| | | | | | | |
| | | | | | | |
| 43 Amortization of costs that began before your 2021 tax year | | | | | **43** | |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report | | | | | **44** | |

Case: 23-50461    Doc# 1    Filed: 04/28/23    Entered: 04/28/23 17:20:22    Page 67 of 94

**Part V** **Listed Property** (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A — Depreciation and Other Information (Caution:** See the instructions for limits for passenger automobiles.)

24 a Do you have evidence to support the business/investment use claimed? . . . . . . . . . ☐ Yes  ☐ No  24b If 'Yes,' is the evidence written? . . . . . ☐ Yes  ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions . . . . . . . . . . . . . . . . . . . | | | | | | **25** | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| CHEVY 2500 F | 11/02/18 | 100.0 | 4,500. | 4,500. | 5.0 | 200DB MQ | 616. | |
| FORD E250 VA | 11/02/18 | 100.0 | 7,500. | 7,500. | 5.0 | 200DB MQ | 1,026. | |
| TRUCK ACCESS | 1/31/18 | 100.0 | 1,303. | 1,303. | 5.0 | 200DB MQ | 143. | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 . . . . . . . . . . . . . . | | | | | | **28** | | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 . . . . . . . . . . . . . . . . . . . . | | | | | | | **29** | |

**Section B — Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other 'more than 5% owner,' or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**don't** include commuting miles). . . . . . . . . . . . | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year . . . . . . . | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven. . . . . . . . . . . . . . . . | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32. . . . . . . . . . . . . . . | | | | | | | | | | | | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 34 Was the vehicle available for personal use during off-duty hours?. . . . . . . . . . . . . . . | | | | | | | | | | | | |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? . . . . . . . . | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use?. . . . . . . . . . . . . . . . . . | | | | | | | | | | | | |

**Section C — Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons. See instructions.

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees?. . . . . . . . . . . . . . . . . . . . . . . . | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners . . . . . . . . . . . . | | |
| 39 Do you treat all use of vehicles by employees as personal use?. . . . . . . . . . . . . . . . . . . . . . . | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . . . . . . . . . . . . | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? See instructions . . . . . . . | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is 'Yes,' don't complete Section B for the covered vehicles.

**Part VI** **Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2021 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2021 tax year . . . . . . . . . . . . . . . . . . . | | | | **43** | |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report . . . . . . . . . . . . . . . | | | | **44** | |

Case: 23-50461    Doc# 1    Filed: 04/28/23    Entered: 04/28/23 17:20:22    Page 68 of 94

**Part V**   **Listed Property** (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A — Depreciation and Other Information (Caution:** See the instructions for limits for passenger automobiles. **)**

24a Do you have evidence to support the business/investment use claimed? ☐ Yes ☐ No  24b If 'Yes,' is the evidence written? ☐ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions | | | | | **25** | | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| TRUCK LINER | 9/10/19 | 100.0 | 1,158. | 1,158. | 5.0 | 200DB HY | 222. | |
| GRAPHIC VAN | 4/19/19 | 100.0 | 2,022. | 2,022. | 5.0 | 200DB HY | 388. | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 | | | | | | **28** | | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 | | | | | | | **29** | |

**Section B — Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other 'more than 5% owner,' or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**don't** include commuting miles) | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 34 Was the vehicle available for personal use during off-duty hours? | | | | | | | | | | | | |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C — Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons. See instructions.

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 39 Do you treat all use of vehicles by employees as personal use? | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? See instructions | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is 'Yes,' don't complete Section B for the covered vehicles.

**Part VI**   **Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2021 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2021 tax year | | | | **43** | |
| 44 Total. Add amounts in column (f). See the instructions for where to report | | | | **44** | |

FDIZ0812L 07/12/21                                          Form **4562** (2021)

**STATEMENT 1**
**FORM 1120S, LINE 5**
**OTHER INCOME**

| | | |
|---|---|---|
| CREDIT CARD REWARDS | $ | 4,378. |
| | TOTAL $ | 4,378. |

**STATEMENT 2**
**FORM 1120S, LINE 19**
**OTHER DEDUCTIONS**

| | | |
|---|---|---|
| 401K COMPANY MGMT FEE | $ | 4,775. |
| ACCOUNTING | | 10,256. |
| BANK CHARGES | | 588. |
| COMPUTER & INTERNET EXPENSE | | 6,149. |
| DUES AND SUBSCRIPTIONS | | 67,024. |
| EMPLOYEES VENDING MACHINE | | 1,725. |
| INSURANCE | | 115,647. |
| JANITORIAL | | 3,455. |
| LEGAL AND PROFESSIONAL | | 4,745. |
| MEALS | | 2,943. |
| MISCELLANEOUS | | 11,728. |
| OFFICE EXPENSE | | 7,560. |
| PAYROLL PROCESSING FEES | | 10,079. |
| TELEPHONE | | 39,408. |
| TOOLS | | 2,820. |
| TRAINING & EDUCATION | | 1,098. |
| TRAVEL | | 5,741. |
| UNIFORMS | | 24,360. |
| UTILITIES | | 17,287. |
| | TOTAL $ | 337,388. |

**STATEMENT 3**
**REV. PROC. 2021-48 INFORMATION**
**FORGIVENESS OF PAYCHECK PROTECTION PROGRAM LOANS**

AMERICAN HVAC INC
      2923
152 A KENNEDY AVENUE
CAMPBELL, CA 95008-4115

APPLYING SECTION 3.01(3) OF REV. PROC. 2021-48 FOR TAXABLE YEAR 2021.
TAX-EXEMPT INCOME FROM PPP FORGIVENESS TREATED AS RECEIVED/ACCRUED: $289,772.
FORGIVENESS OF THE PPP LOAN HAS BEEN GRANTED AS OF THE DATE THE RETURN IS FILED.

**STATEMENT 4**
**FORM 1120S, SCHEDULE K, LINE 17D**
**OTHER ITEMS AND AMOUNTS**

| | | |
|---|---|---|
| GROSS RECEIPTS FOR SECTION 448(C) | $ | 5,822,535. |

CLIENT AME2923       **AMERICAN HVAC INC**       2923

3/21/22       02:29PM

**STATEMENT 5**
**FORM 1120S, SCHEDULE L, LINE 6**
**OTHER CURRENT ASSETS**

|  | BEGINNING | ENDING |
|---|---|---|
|  | $ 44,647. | $ 48,846. |
| TOTAL | $ 44,647. | $ 48,846. |

**STATEMENT 6**
**FORM 1120S, SCHEDULE L, LINE 14**
**OTHER ASSETS**

|  | BEGINNING | ENDING |
|---|---|---|
| ROUNDING | $ 1. | $ 0. |
| SECURITY DEPOSIT | 2,701. | 2,701. |
| TOTAL | $ 2,702. | $ 2,701. |

**STATEMENT 7**
**FORM 1120S, SCHEDULE L, LINE 18**
**OTHER CURRENT LIABILITIES**

|  | BEGINNING | ENDING |
|---|---|---|
| CREDIT CARD & OTHER LIABILITIES | $ 66,037. | $ 75,141. |
| CUSTOMER DEPOSITS | 3,109. | 6,990. |
| DUE TO SHAREHOLDER | 55,061. | 76,827. |
| PAYROLL LIABILITIES | 3,348. | 0. |
| PM DEPOSITS | 3,762. | 55,536. |
| PPP LOAN | 285,115. | 0. |
| TOTAL | $ 416,432. | $ 214,494. |

**STATEMENT 8**
**FORM 1120S, SCHEDULE L, LINE 21**
**OTHER LIABILITIES**

|  | BEGINNING | ENDING |
|---|---|---|
| ROUNDING | $ 0. | $ 1. |
| TOTAL | $ 0. | $ 1. |

**STATEMENT 9**
**FORM 1120S, SCHEDULE M-1, LINE 5**
**INCOME ON BOOKS NOT ON SCHEDULE K**

|  |  |
|---|---|
| PAYCHECK PROTECTION PROGRAM LOAN FORGIVEN | $ 289,772. |
| TOTAL | $ 289,772. |

3/21/22       02:29PM

**STATEMENT 10**
**FORM 1120S, SCHEDULE M-2, COLUMN A, LINE 3**
**OTHER ADDITIONS**

| | |
|---|---:|
| EXPENSES PAID WITH PROCEEDS FROM FORGIVEN PPP LOANS | $ 289,772. |
| INTEREST INCOME | 16. |
| TOTAL | $ 289,788. |

**STATEMENT 11**
**FORM 1120S, SCHEDULE M-2, COLUMN A, LINE 5**
**OTHER REDUCTIONS**

| | |
|---|---:|
| DISALLOWED MEALS AND ENTERTAINMENT | $ 2,942. |
| TOTAL | $ 2,942. |

**STATEMENT 12**
**FORM 1125-A, LINE 5**
**OTHER COSTS**

| | |
|---|---:|
| AUTO & TRUCK EXPENSE - OTHER | $ 5,926. |
| EMPLOYEE BENEFITS | 52,376. |
| FINANCE FEES | 23,860. |
| FUEL | 101,384. |
| INSURANCE | 64,694. |
| MERCHANT FEES | 85,611. |
| OTHER JOB COSTS | 5,492. |
| PARKING & TOLLS | 1,336. |
| PAYROLL TAXES | 174,115. |
| PERMITS | 113,982. |
| PROMOTIONS & REBATES | -16,616. |
| SUBCONTRACTORS | 85,477. |
| TRUCK & AUTO LEASE | 126,347. |
| VEHICLE REGISTRATION FEES | 8,741. |
| VEHICLE REPAIRS & MAINTENANCE | 38,374. |
| WORKERS COMPENSATION | 63,426. |
| TOTAL | $ 934,525. |

**ELECTRONICALLY FILED:**

FORM 100S - 2021 CALIFORNIA S CORPORATION FRANCHISE OR INCOME TAX
RETURN WILL BE ELECTRONICALLY FILED WITH THE STATE OF CALIFORNIA UPON
RECEIPT OF A SIGNED FORM 8453C.

**PAYMENT:**

NO PAYMENT IS REQUIRED.

**OTHER INSTRUCTIONS:**

YOU MUST DISTRIBUTE A COPY OF THE 2021 CALIFORNIA SCHEDULE K-1 TO EACH
SHAREHOLDER. BE SURE TO GIVE EACH SHAREHOLDER A COPY OF THE
SHAREHOLDER'S INSTRUCTIONS FOR SCHEDULE K-1 (100S).

TAXABLE YEAR
2021

**California S Corporation
Franchise or Income Tax Return**

FORM
**100S**

RP

```
3230221      AMER ___ __)2923  000000000000  21
TYB  01-01-2021  TYE  12-31-2021
AMERICAN HVAC INC

152 A KENNEDY AVENUE
CAMPBELL            CA  95008-4115
```

## Schedule Q Questions *(continued on Page 3)*

**A 1 FINAL RETURN?** ● ☐ Dissolved ☐ Surrendered (withdrawn) ☐ Merged/Reorganized ☐ IRC Section 338 sale ☐ QSub election

Enter date (mm/dd/yyyy) . . . . . . . . . . . . . . . . . . . . . . . . . . . ● ☐

**2** Is the S corporation deferring any income from the disposition of assets? . . . . . . . . . . . . . . . . . . . . . . ● ☐ Yes ☐ No

If "Yes" enter the year of disposition (yyyy) . . . . . . . . . . . . . . . . . . . . . . ● ☐

**3** Is the S corporation reporting previously deferred income from: . . . . . . ● ☐ Installment sale ● ☐ IRC §1031 ● ☐ IRC §1033 ● ☐ Other

**B 1** During this taxable year, did another person or legal entity acquire control or majority ownership (more than a 50% interest)
of this corporation or any of its subsidiaries that owned California real property (i.e., land, buildings),
leased such property for a term of 35 years or more, or leased such property from a government agency for any term? . . . . . . . . . . . . . . . . . . . . ● ☐ Yes ☒ No

**2** During this taxable year, did this corporation or any of its subsidiaries acquire control or majority ownership
(more than a 50% interest) in another legal entity that owned California real property (i.e., land, buildings), leased
such property for a term of 35 years or more, or leased such property from a government agency for any term? . . . . . . . . . . . . . . . . . . . . ● ☐ Yes ☒ No

**3** During this taxable year, has more than 50% of the voting stock of this corporation cumulatively transferred in one or more
transactions after an interest in California real property (i.e., land, buildings) was transferred to it that was excluded from
property tax reassessment under Revenue and Taxation Code Section 62(a)(2) and it was not reported on a previous year's tax return? . . . . . . . . ● ☐ Yes ☒ No
**(Yes requires filing of statement, penalties may apply — see instructions.)**

| | | | | |
|---|---|---|---|---|
| S t a t e   A d j u s t m e n t s | 1 | Ordinary income (loss) from trade or business activities from Schedule F (Form 100S, Page 4), line 22 or federal Form 1120-S, line 21. If Schedule F (Form 100S, Page 4) was not completed, attach federal Form 1120-S, page 1, and supporting schedules . . . . . . . . . . . . . . . ● | 1 | -386,572. |
| | 2 | Foreign or domestic tax based on income or profits and California franchise or income tax deducted . . . . . . . . . . . . . . . ● | 2 | 800. |
| | 3 | Interest on government obligations . . . . . . . . . . . . . . . ● | 3 | |
| | 4 | Net capital gain from Schedule D (100S), Section A & Section B. Attach Schedule D (100S). See instructions . . . . . . . . . . ● | 4 | |
| | 5 | Depreciation and amortization adjustments. Attach Schedule B (100S) . . . . . . . . . . . . . . . ● | 5 | |
| | 6 | Portfolio income . . . . . . . . . . . . . . . ● | 6 | 16. |
| | 7 | Other additions. Attach schedule(s) . . . . . . . . . . . . SEE STATEMENT 1 ● | 7 | 289,772. |
| | 8 | Total. Add line 1 through line 7 . . . . . . . . . . . . . . . ● | 8 | -95,984. |

Case: 23-50461    Doc# 1    Filed: 04/28/23    Entered: 04/28/23 17:20:22    Page 74 of 94

AMERICAN HVAC INC    3230221

| | | | | |
|---|---|---|---|---|
| 9 | Dividends received deduction. Attach Schedule H (100S) .......... ● | 9 | | |
| 10 | Water's-edge dividend deduction. Attach Schedule H (100S) ...... ● | 10 | | |
| 11 | Charitable contributions. See instructions...................... ● | 11 | | |
| 12 | Other deductions. Attach schedule(s) ......................... ● | 12 | | |
| 13 | Total. Add line 9 through line 12 ............................... ● | 13 | | |
| 14 | Net income (loss) after state adjustments. Subtract line 13 from Page 1, line 8 ......... ● | 14 | | −95,984. |
| 15 | Net income (loss) for state purposes. Use Schedule R if apportioning or allocating income ........ ● | 15 | | −95,984. |
| 16 | R&TC Section 23802(e) deduction. See instructions............... | 16 | | |
| 17 | Net operating loss (NOL) deduction. See instructions.............. | 17 | 0. | |
| 18 | EZ, TTA, or LAMBRA NOL carryover deduction. See instructions. ● | 18 | | |
| 19 | Disaster loss deduction. See instructions........................ ● | 19 | | |
| 20 | Net income for tax purposes. Combine line 16 through line 19. Subtract the result from line 15 .... ● | 20 | | −95,984. |
| 21 | Tax.     1.5 % x line 20 (at least minimum franchise tax, if applicable). See instructions ... ● | 21 | | 800. |
| 22 | Credit name _____ code ● _____ amount ....... ▶ | 22 | | |
| 23 | Credit name _____ code ● _____ amount ....... ▶ | 23 | | |
| 24 | To claim more than two credits, see instructions ................. | 24 | | |
| 25 | Add line 22 through line 24. Attach Schedule C (100S) ............ ● | 25 | | |
| 26 | Balance. Subtract line 25 from line 21 (not less than minimum franchise tax plus QSub annual tax(es), if applicable)................................................ ● | 26 | | 800. |
| 27 | Tax from Schedule D (100S). Attach Schedule D (100S). See instructions .......... ● | 27 | | |
| 28 | Excess net passive income tax. See instructions ................. ● | 28 | | |
| 29 | Pass-through entity elective tax. See instructions ................ ● | 29 | | |
| 30 | Total tax. Add line 26 through line 29............................ ● | 30 | | 800. |
| 31 | Overpayment from prior year allowed as a credit ............... ● | 31 | | |
| 32 | 2021 Estimated tax/QSub payments. See instructions............. ● | 32 | 800. | |
| 33 | 2021 Withholding (Forms 592-B and/or 593). See instructions ....... ● | 33 | | |
| 34 | Amount paid with extension of time to file tax return ............. ● | 34 | | |
| 35 | Amount paid with form FTB 3893 .............................. ● | 35 | | |
| 36 | Total payments. Add line 31 through line 35....................... ● | 36 | | 800. |
| 37 | Use tax. This is not a total line. See instructions.................. ● | 37 | | |
| 38 | Payments balance. If line 36 is more than line 37, subtract line 37 from line 36 ............... ● | 38 | | 800. |
| 39 | Use tax balance. If line 37 is more than line 36, subtract line 36 from line 37 ............... ● | 39 | | |
| 40 | Franchise or income tax due. If line 30 is more than line 38, subtract line 38 from line 30 ...................................................... ● | 40 | | 0. |
| 41 | Overpayment. If line 38 is more than line 30, subtract line 30 from line 38............... ● | 41 | | |
| 42 | Amount of line 41 to be credited to 2022 estimated tax ..................... ● | 42 | | |
| 43 | Refund. Subtract line 42 from line 41............................ ● | 43 | | |
| | See instructions to have the refund directly deposited. | | | |
| | ☐ Checking | | | |
| | ☐ Savings | | | |
| 43a. ● Routing number | 43b. ● Type | 43c. ● Account number | | |
| 44 a | Penalties and interest ......................................... ● | 44a | | |
| b | ● ☐ Check if estimate penalty computed using Exception B or C on form FTB 5806.  See instructions. | | | |
| 45 | Total amount due. Add line 39, line 40, line 42, and line 44a. Then, subtract line 41 from the result ..................................... ● | 45 | | |

Case: 23-50461   Doc# 1   Filed: 04/28/23   Entered: 04/28/23 17:20:22   Page 75 of 94

## Schedule Q Questions *(continued from Page 1)*

C Principal business activity code. **Do not** leave blank . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● 238220

Business activity  CONTRACTOR                         Product or service  SERVICE

D Is this S corporation filing on a water's-edge basis pursuant to R&TC Sections 25110 and 25113 for the current taxable year? . . . . . . . . . . . . . . . . . . ● ☐ Yes ☒ No

E Does this tax return include Qualified Subchapter S Subsidiaries? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● ☐ Yes ☒ No

F Date incorporated (mm/dd/yyyy)  9/18/2009      Where: ● State CA  Country

G Maximum number of shareholders in the S corporation at any time during the year.  **Do not** leave blank . . . . . ●                                     1

H Date business began in California or date income was first derived from California sources (mm/dd/yyyy) . . ● 9/18/2009

I Is the S corporation under audit by the IRS or has it been audited in a prior year? . . . . . . . . . . . . . . . . . . . . . . . ● ☐ Yes ☒ No

J Effective date of federal S election (mm/dd/yyyy) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● 10/01/2009

L Accounting method . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● (1) ☒ Cash  (2) ☐ Accrual (3) ☐ Other

M Location of principal accounting records  152 A KENNEDY AVENUE

N "Doing business as" (DBA) name. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . ●

O Have all required information returns (e.g., federal Forms 1099, 8300, and state Forms 592, 592-B etc.)
been filed with the Franchise Tax Board? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☒ N/A ☐ Yes ☐ No

P Is this S corporation apportioning or allocating income to California using Schedule R? . . . . . . . . . . . . . . . . . . ● ☐ Yes ☒ No

Q Has the S corporation included a reportable transaction or listed transaction within this return? See instructions for definitions . . . . . . . . . ● ☐ Yes ☒ No
If "Yes," complete and attach federal Form 8886, for each transaction.

R Did this S corporation file the federal Schedule M-3 (Form 1120-S)? . . . . . . . . . . . . . . . . . . . . . . . . ● ☐ Yes ☒ No

S Is form FTB 3544, Page 2, Part B, List of Assigned Credit Received and/or Claimed by Assignee, attached to the return? . . . ● ☐ Yes ☐ No

T Check if corporation: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . (1) ☐ Aggregated activities for IRC Section 465 at-risk purposes

                                                                          (2) ☐ Grouped activities for IRC Section 469 passive activity purposes

U 1  Has this business entity previously filed an unclaimed property Holder Remit Report with the State Controller's Office? . . ● ☐ Yes ☒ No

  2  If "Yes," when was the last report filed? (mm/dd/yyyy) ●                      (3) Amount last remitted ● $

## Schedule J  Add-On Taxes and Recapture of Tax Credits. See instructions.

| | | |
|---|---|---|
| 1 LIFO recapture due to S corporation election (IRC Section 1363(d) deferral  $ ) . . ● | 1 | |
| 2 Interest computed under the look-back method for completed long-term contracts (attach form FTB 3834) . . ● | 2 | |
| 3 Interest on tax attributable to installment  **a)** Sales of certain timeshares and residential lots . . . . . . . . . . ● | 3a | |
| **b)** Method for nondealer installment obligations . . . . . . . . . . . . . ● | 3b | |
| 4 IRC Section 197(f)(9)(B)(ii) election . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● | 4 | |
| 5 Credit recapture name | 5 | |
| 6 Combine line 1 through line 5. Revise the amount on Page 2, line 40 or line 41, whichever applies, by this amount. Write "Schedule J" to the left of line 40 or line 41 . . . . . . . . . . . . . . . . . . . . . . ● | 6 | |

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

**Sign Here**

Signature ▶ of officer

Title  PRESIDENT & CEO

Date

● Telephone  408-440-0304

Officer's email address (optional)  CUINN@AMERICANHVACINC.COM

**Paid Preparer's Use Only**

Preparer's signature ▶

Date  3/21/22

Check if self-employed ▶ ☒

● PTIN  P01817318

Firm's name (or yours, if self-employed) and address ▶  JAMES M. HANNIGAN, CPA
6455 ALMADEN EXPRESSWAY, SUITE 213
SAN JOSE, CA 95120

● Firm's FEIN  874649239

● Telephone  (408) 921-6145

May the FTB discuss this return with the preparer shown above? See instructions . . . . . . . . . . . ☒ Yes ☐ No

Case: 23-50461   Doc# 1   Filed: 04/28/23   Entered: 04/28/23 17:20:22   Page 76 of 94

AMERICAN HVAC INC     3230221

## Schedule F — Computation of Trade or Business Income. See instructions.

| | | | |
|---|---|---|---:|
| **Income** | **1 a)** Gross receipts or sales. 5,818,141. **b)** Less returns and allowances _____ **c)** Balance | **1c** | 5,818,141. |
| | **2** Cost of goods sold from Schedule V, line 8 | **2** | 4,454,553. |
| | **3** Gross profit. Subtract line 2 from line 1c | **3** | 1,363,588. |
| | **4** Net gain (loss). Attach schedule | **4** | |
| | **5** Other income (loss). Attach schedule . . . . . . . . . SEE STATEMENT 2 | **5** | 4,378. |
| | **6** Total income (loss). Combine line 3 through line 5 | **6** | 1,367,966. |
| **Deductions** | **7** Compensation of officers. Attach schedule. See instructions . . . . . . . . SEE STATEMENT 3 | **7** | 193,077. |
| | **8** Salaries and wages | **8** | 688,929. |
| | **9** Repairs and maintenance | **9** | 150. |
| | **10** Bad debts | **10** | |
| | **11** Rents | **11** | 54,190. |
| | **12** Taxes | **12** | 69,584. |
| | **13** Interest | **13** | 43,270. |
| | **14a)** Depreciation 8,001. **b)** Less depreciation reported elsewhere _____ **c)** Balance | **14c** | 8,001. |
| | **15** Depletion | **15** | |
| | **16** Advertising | **16** | 351,276. |
| | **17** Pension, profit-sharing plans, etc. | **17** | |
| | **18** Employee benefit programs | **18** | 8,673. |
| | **19a)** Total travel and entertainment 5,885. **b)** Deductible amount | **19b** | 2,943. |
| | **20** Other deductions. Attach schedule . . . . . . . . . . . . . . . . . . SEE STATEMENT 4 | **20** | 334,445. |
| | **21** Total deductions. Add line 7 through line 20 | **21** | 1,754,538. |
| | **22** Ordinary income (loss) from trade or business. Subtract line 21 from line 6. Enter here and on Page 1, line 1. | **22** | -386,572. |

The corporation may not be required to complete Schedule L and Schedule M-1. See Schedule L and Schedule M-1 instructions for reporting requirements.

## Schedule L — Balance Sheet

| Assets | Beginning of taxable year (a) | (b) | End of taxable year (c) | (d) |
|---|---:|---:|---:|---:|
| **1** Cash | | 121,758. | | 213,953. |
| **2a** Trade notes and accounts receivable | | | | |
| **b** Less allowance for bad debts | | | | |
| **3** Inventories | | | | |
| **4** Federal and state government obligations | | | | |
| **5** Other current assets. Attach schedule(s) STMT 5 | | 44,647. | | 48,846. |
| **6** Loans to shareholders. Attach schedule(s) | | | | |
| **7** Mortgage and real estate loans | | | | |
| **8** Other investments. Attach schedule(s) | | | | |
| **9a** Buildings and other fixed depreciable assets | 152,430. | | 152,430. | |
| **b** Less accumulated depreciation | 128,917. | 23,513. | 136,918. | 15,512. |
| **10a** Depletable assets | | | | |
| **b** Less accumulated depletion | | | | |
| **11** Land (net of any amortization) | | | | |
| **12a** Intangible assets (amortizable only) | | | | |
| **b** Less accumulated amortization | | | | |
| **13** Other assets. Attach schedule(s) STM 6 | | 2,702. | | 2,701. |
| **14** Total assets | | 192,620. | | 281,012. |
| **Liabilities and shareholders' equity** | | | | |
| **15** Accounts payable | | | | |
| **16** Mortgages, notes, bonds payable in less than 1 year | | | | |
| **17** Other current liabilities. Attach schedule STMT 7 | | 416,432. | | 214,494. |
| **18** Loans from shareholders. Attach schedule(s) | | | | |
| **19** Mortgages, notes, bonds payable in 1 year or more | | 284,275. | | 674,330. |
| **20** Other liabilities. Attach schedule(s) STMT 8 | | | | 1. |
| **21** Capital stock | | | | |
| **22** Paid-in or capital surplus | | | | |
| **23** Retained earnings | | -508,087. | | -607,813. |
| **24** Adjustments. Attach schedule(s) | | | | |
| **25** Less cost of treasury stock | | | | |
| **26** Total liabilities and shareholders' equity | | 192,620. | | 281,012. |

Case: 23-50461     Doc# 1     Filed: 04/28/23     Entered: 04/28/23 17:20:22     Page 77 of 94

## Schedule M-1  Reconciliation of Income (Loss) per Books With Income (Loss) per Return.
If the S corporation **completed** federal **Schedule M-3 (Form 1120-S).** See instructions.

| | | | | | |
|---|---|---:|---|---|---:|
| 1 | Net income per books | −99,726. | 5 | Income recorded on books this year not included on Schedule K, line 1 through line 10b (itemize) | |
| 2 | Income included on Schedule K, line 1 through line 10b, not recorded on books this year (itemize) | | a | Tax-exempt interest $ | |
| | | | b | Other STMT 10 $ 289,772. | |
| | | | c | Total. Add line 5a and line 5b | 289,772. |
| 3 | Expenses recorded on books this year not included on Schedule K, line 1 through line 12e (itemize) | | 6 | Deductions included on Schedule K, line 1 through line 12e, not charged against book income this year (itemize) | |
| a | Depreciation ........ $ | | a | Depreciation ...... $ | |
| b | State taxes ............ $ 800. | | b | State tax refunds .... $ | |
| c | Travel & entertainment . $ 2,942. | | c | Other .............. $ | |
| d | Other STMT 9 .... $ 289,772. | | d | Total. Add line 6a through line 6c | 289,772. |
| e | Total. Add line 3a through line 3d | 293,514. | 7 | Total. Add line 5c and line 6d | 289,772. |
| 4 | Total. Add line 1 through line 3e | 193,788. | 8 | Income (loss) (Schedule K, line 19, column d). Subtract line 7 from line 4 | −95,984. |

## Schedule M-2  CA Accumulated Adjustments Account, Other Adjustments Account, and Other Retained Earnings. See instructions.

| | Important: Use California figures and federal procedures. | (a) Accumulated adjustments account | (b) Other adjustments account | (c) Other retained earnings (see instructions) |
|---|---|---:|---:|---:|
| 1 | Balance at beginning of year | −529,572. | | |
| 2 | Ordinary income from Form 100S, Side 1, line 1 | | | |
| 3 | Other additions ........ SEE STATEMENT 11 | 816. | 289,772. | |
| 4 | Loss from Form 100S, Side 1, line 1 | ( 386,572.) | | |
| 5 | Other reductions ........ SEE STATEMENT 12 | ( 3,742.) | | |
| 6 | Combine line 1 through line 5 | −919,070. | 289,772. | |
| 7 | Distributions other than dividend distributions | | | |
| 8 | Balance at end of year. Subtract line 7 from line 6 | −919,070. | 289,772. | |
| 9 | Retained earnings at end of year. Add line 8, column (a) through column (c) | | | −629,298. |
| 10 | If the corp. has C corp. E&P at the end of the taxable year, enter the amount. See instructions | | | |

## Schedule V  Cost of Goods Sold

| | | | |
|---|---|---|---:|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases | 2 | 1,955,276. |
| 3 | Cost of labor | 3 | 1,564,752. |
| 4 | Other IRC Section 263A costs. Attach schedule | 4 | |
| 5 | Other costs. Attach schedule. STMT 13 | 5 | 934,525. |
| 6 | Total. Add line 1 through line 5 | 6 | 4,454,553. |
| 7 | Inventory at end of year | 7 | |
| 8 | Cost of goods sold. Subtract line 7 from line 6 | 8 | 4,454,553. |

Was there any change in determining quantities, costs, or valuations between opening and closing inventory? .................................................................. ☐ Yes ☐ No

If "Yes," attach an explanation. Enter California seller's permit number, if any .......... ▶ _____

Method of inventory valuation _____

Check if the LIFO inventory method was adopted this taxable year for any goods. If checked, attach federal Form 970 ........ ☐
If the LIFO inventory method was used for this taxable year, enter the amount of closing inventory computed under LIFO .................................................................. ●

Case: 23-50461   Doc# 1   Filed: 04/28/23   Entered: 04/28/23 17:20:22   Page 78 of 94

## Schedule K — S Corporation Shareholder's Shares of Income, Deductions, Credits, etc.

| | (a)<br>Pro-rata share items | | (b)<br>Amount from<br>federal K (1120-S) | (c)<br>California<br>Adjustment | (d)<br>Total amounts using<br>California law |
|---|---|---|---|---|---|
| **I n c o m e L o s s** | **1** Ordinary business income (loss) | 1 | −386,572. ⊙ | 290,572. ⊙ | −96,000. |
| | **2** Net rental real estate income (loss).<br>Attach federal Form 8825 | 2 | | ⊙ | |
| | **3a** Other gross rental income (loss) | 3a | | | ⊙ |
| | **b** Expenses from other rental activities. Attach sch. | 3b | | | ⊙ |
| | **c** Other net rental income (loss). Subtract line 3b from line 3a | 3c | | | ⊙ |
| | **4** Interest income | 4 | 16. | ⊙ | 16. |
| | **5** Dividends. See instructions | 5 | | ⊙ | |
| | **6** Royalties | 6 | | ⊙ | |
| | **7** Net short-term capital gain (loss). Attach Schedule D (100S) | 7 | | ⊙ | ⊙ |
| | **8** Net long-term capital gain (loss). Attach Schedule D (100S) | 8 | ⊙ | ⊙ | ⊙ |
| | **9** Net IRC Section 1231 gain (loss) | 9 | ⊙ | ⊙ | ⊙ |
| **Other Loss** | **10a** Other portfolio income (loss). Attach schedule | 10a | | ⊙ | ⊙ |
| | **b** Other income (loss). Attach schedule | 10b | | ⊙ | ⊙ |
| **D e d u c t i o n s** | **11** IRC Section 179 expense deduction. Attach Schedule B (100S) | 11 | | | ⊙ |
| | **12a** Charitable contributions | 12a | | | ⊙ |
| | **b** Investment interest expense | 12b | | | ⊙ |
| | **c 1** IRC Section 59(e)(2) expenditures | 12c1 | | | ⊙ |
| | **2** Type of expenditures | 12c2 | | | |
| | **d** Deductions — portfolio. Attach schedule | 12d | | | ⊙ |
| | **e** Other deductions. Attach schedule | 12e | | ⊙ | ⊙ |
| **C r e d i t s** | **13a** Low-income housing credit. See instructions | 13a | | | ⊙ |
| | **b** Credits related to rental real estate activities. Attach schedule | 13b | | | ⊙ |
| | **c** Credits related to other rental activities. See instructions. Attach schedule | 13c | | | ⊙ |
| | **d** Other credits. Attach schedule | 13d | | | ⊙ |
| | **14** Total withholding allocated to all shareholders | 14 | | | ⊙ |
| **Alternative Minimum Tax Items** | **15a** Depreciation adjustment on property placed in service after 12/31/86 | 15a | | | −15,999. |
| | **b** Adjusted gain or loss. See instructions | 15b | | | |
| | **c** Depletion (other than oil and gas) | 15c | | | |
| | **d** Gross income from oil, gas, and geothermal properties | 15d | | | |
| | **e** Deductions allocable to oil, gas, and geothermal properties | 15e | | | |
| | **f** Other AMT items | 15f | | | |
| **Items Affecting Shareholder Basis** | **16a** Tax-exempt interest income | 16a | | | |
| | **b** Other tax-exempt income | 16b | 289,772. | | ⊙ 289,772. |
| | **c** Nondeductible expenses | 16c | 2,942. | 290,572. | 293,514. |
| | **d** Total property distributions (including cash) other than dividends distribution reported on line 17c | 16d | | | ⊙ |
| **Other Information** | **17a** Investment income. See instructions | 17a | 16. | | 16. |
| | **b** Investment expenses. See instructions | 17b | | | |
| | **c** Total dividend distributions paid from accumulated earnings and profits | 17c | | | ⊙ |
| | **d** Other items and amounts not included in lines 1–17b and lines 18a-e that are required to be reported separately to shareholders. Attach schedule.   **SEE STATEMENT 14** | 17d | SEE ATTACHED | | ⊙ SEE ATTACHED |
| **Other States Taxes** | **18a** Type of income | 18a | | | |
| | **b** Name of state | 18b | | | |
| | **c** Total gross income from sources outside California. Attach sch. | 18c | | | |
| | **d** Total applicable deductions and losses. Attach schedule | 18d | | | |
| | **e** Total other state taxes. Check one: ☐ Paid ☐ Accrued | 18e | | | ⊙ |
| **Reconciliation** | **19** Income (loss) (required only if Schedule M-1 must be completed). Combine line 1, line 2, and line 3c through line 10b. From the result, subtract the sum of lines 11, 12a, 12b, 12c1, 12d and 12e | 19 | −386,556. | 290,572. ⊙ | −95,984. |

Case: 23-50461   Doc# 1   Filed: 04/28/23   Entered: 04/28/23 17:20:22   Page 79 of 94

# Shareholder's Share of Income, Deductions, Credits, etc.

TYB  01-01-2021  TYE  12-31-2021

CUINN      F  HAMM

152 A KENNEDY AVENUE
CAMPBELL         CA  95008-4115

3230221              :2923
AMERICAN HVAC INC

152 A KENNEDY AVENUE
CAMPBELL         CA  95008-4115

**A** Current year allocation percentage . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● `100` %

**B** Shareholder's number of shares: . . . . . . . . . . . . . . . . . . . . Beginning `0` and Ending `0`

**C** Loans from shareholder: . . . . . . . . . . . . . . . . . . . . . . . . . . . Beginning $ `_____` and Ending $ `_____`

**D** Reportable transaction or tax shelter registration number(s): `_____`

**E** Check here if this is: . . . . . . . . . . . . . . . . . . . . ● **(1)** ☐ A final Schedule K-1    **(2)** ☐ An amended Schedule K-1

**F** What type of entity is this shareholder? . . . . . . . . ● **(1)** ☒ Individual  **(2)** ☐ Estate/trust  **(3)** ☐ Qualified exempt organization  **(4)** ☐ Single member LLC

**G** Is this shareholder a resident of California? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● ☒ Yes  ► ☐ No

**Caution:** Refer to the shareholder's instructions for Schedule K-1 (100S) before entering information from this schedule on your California tax return.

| | (a) Pro-rata share items | (b) Amount from federal Schedule K-1 (Form 1120-S) | (c) California adjustment | (d) Total amounts using California law. Combine col. (b) and col. (c) where applicable | (e) California source amounts and credits |
|---|---|---|---|---|---|
| **I N C O M E / L O S S** | **1** Ordinary business income (loss) . . . . . . . . . . | −386,572. | 290,572. ● | −96,000. | ► |
| | **2** Net rental real estate income (loss) . . . . . . . . . . . . . . . . . | | ● | | ► |
| | **3** Other net rental income (loss) . . . . . . . . . . . . . . . . | | ◉ | | ◉ |
| | **4** Interest income . . . . . . . . . . . . . . . . | 16. | ● | 16. | ► |
| | **5** Dividends. See instructions . . . . . . . . . . . . | | ● | | ► |
| | **6** Royalties . . . . . . . . . . . . . . . . | | ● | | ► |
| | **7** Net short-term capital gain (loss) . . . . . . . . . | | ● | | ► |
| | **8** Net long-term capital gain (loss) . . . . . . . . . | | ● | | ► |
| | **9** Net IRC Section 1231 gain (loss) . . . . . . . . . | | ● | | ► |
| **OTHER INCOME OR LOSS** | **10.a** Other portfolio income (loss). Attach schedule . . . . . . . . . . . . . . . . . | | ● | | ► |
| | **b** Other income (loss) . . . . . . . . . . . . | | ● | | ► |

SHAREHOLDER 1

CASA0712L  12/09/21

Case: 23-50461   Doc# 1   Filed: 04/28/23   Entered: 04/28/23 17:20:22   Page 80 of 94

Shareholder's name

CUINN F. HAMM

Shareholder's identifying number

Caution: Refer to the shareholder's instructions for Schedule K-1 (100S) before entering information from this schedule on your California tax return.

| | (a)<br>Pro-rata share items | (b)<br>Amount from<br>federal Schedule K-1<br>(Form 1120-S) | (c)<br>California<br>adjustment | (d)<br>Total amounts using<br>California law. Combine<br>col. (b) and col. (c)<br>where applicable | (e)<br>California<br>source amounts<br>and credits |
|---|---|---|---|---|---|
| **D E D U C T I O N S** | 11 IRC Section 179 expense deduction. Attach schedules . . . . . . . . . . . . | | | | |
| | 12a Charitable contributions . . . . . . . . . . . | | | | |
| | b Investment interest expense. . . . . . . . | | | ● | ► |
| | c 1 IRC Section 59(e)(2) expenditures . . . . | | | | |
| | 2 Type of expenditures | | | | |
| | d Deductions — portfolio . . . . . . . . . . . . . . . . . | | | | |
| | e Other deductions. . . . . . . . . . . . . . . . . | | | | |
| **C R E D I T S** | 13a Low-income housing credit. See instructions. Attach schedule. . . . . . | | | ● | ► |
| | b Credits related to rental real estate activities other than on line 13(a). Attach schedule . . . . . . . . . . . . . | | | ● | ► |
| | c Credits related to other rental activities. See instructions. Attach sch. . . . . . . . . | | | ● | ► |
| | d Other credits. Attach schedule . . . . . . . . . . . . . . . . | | | ● | ► |
| | 14 Total withholding (equals amount on Form 592-B if calendar year) . . . . . . . . | | | ● | |
| **A L T E R N A T I V E   M I N I M U M   T A X   I T E M S** | 15a Depreciation adjustment on property placed in service after 12/31/86 . . . . . . | | | ◉ −15,999. | ◉ |
| | b Adjusted gain or loss . . . . . . . . . . . . . | | | | |
| | c Depletion (other than oil and gas) . . . . | | | | |
| | d Gross income from oil, gas, and geothermal properties. . . . . . . . . . . . . | | | | |
| | e Deductions allocable to oil, gas, and geothermal properties. . . . . . . . . . . | | | | |
| | f Other AMT items. Attach schedule . . . . . . . . . . . . . . . . . . . | | | | |
| **S H A R E H O L D E R S   I T E M S   A F F E C T I N G   B A S I S** | 16a Tax-exempt interest income. . . . . . . . . . | | | | |
| | b Other tax-exempt income. . . . . . . . ATT | 289,772. | | 289,772. | |
| | c Nondeductible expenses. . . . SEE ATT | 2,942. | 290,572. | 293,514. | |
| | d Total property distributions (including cash) other than dividends distribution reported on line 17c . . . . . . . . . . . . | | | ● | ► |
| | e Repayment of loans from shareholders. . . | | | ● | ► |
| **O T H E R   I N F O** | 17a Investment income. See instructions. . . . . | 16. | | 16. | |
| | b Investment expenses. See instructions. . . . | | | | |
| | c Total taxable dividend distribution paid from accumulated earnings and profits. See instructions . . . . . . . . . . . . . . . | | | ● | ► |
| | d Other information. See instructions. . . . . . | SEE ATTACHED | | SEE ATTACHED | |
| **O T H E R   S T A T E   T A X E S** | 18a Type of income | | | | |
| | b Name of state | | | | |
| | c Total gross income from sources outside California. Attach schedule . . . . . . . . . . . . . . . . . | | | | |
| | d Total applicable deductions and losses. Attach schedule. . . . . . . . | | | | |
| | e Total other state taxes. Check one: ☐ Paid ☐ Accrued . . . . . . | | | ● | ► |
| | 19 ☐ More than one activity for at-risk purposes. See instructions. | | 20 ☐ More than one activity for passive activity purposes. See instructions. | | |

Case: 23-50461    Doc# 1    Filed: 04/28/23    Entered: 04/28/23 17:20:22    Page 81 of 94

CUINN F. HAMM

**OTHER SHAREHOLDER INFORMATION**

**Table 1** — Each shareholder's share of nonbusiness income from intangibles. See instructions.

Interest . . . . . . . . . . . . $ _____    Royalties. . . . . . . . . . . . . $ _____    Dividends . $ _____

IRC Section 1231 Gains/Losses $ _____    Capital Gains/Losses . . . $ _____    Other . . . . $ _____

**FOR USE BY SHAREHOLDERS ONLY. SEE INSTRUCTIONS.**

**Table 2** — Shareholder's pro-rata share of business income and factors. See instructions.

**A** Shareholder's share of the S corporation's business income . . . . . . . . . . . . . . . . . . . . . $ _____

**B** Shareholder's share of the nonbusiness income from real and tangible property sourced or allocable to California:

Capital Gains/Losses . . . . . . . $ _____    Rents/Royalties . . . . $ _____

IRC Section 1231 Gains/Losses . . . . . $ _____    Other . . . . . . . . . . . $ _____

**C** Shareholder's share of the S corporation's property, payroll, and sales:

| Factors | | Total within and outside California | Total within California |
|---|---|---|---|
| Property: | Beginning | $ | $ |
| | Ending | $ | $ |
| | Annual Rent Expense | $ | $ |
| Payroll | | $ | $ |
| Sales | | $ | $ |

SHAREHOLDER 1 : CUINN F. HAMM

Case: 23-50461    Doc# 1    Filed: 04/28/23    Entered: 04/28/23 17:20:22    Page 82 of 94

**LINE 16B, COLUMN (D)**
**OTHER TAX-EXEMPT INCOME**

PPP LOAN FORGIVEN.......................................................... $      289,772.
                                                       TOTAL $      289,772.

**LINE 16C, COLUMN (D)**
**NONDEDUCTIBLE EXPENSES**

DISALLOWED MEALS AND ENTERTAINMENT........................... $        2,942.
NONDEDUCTIBLE PPP EXPENSES...........................................          289,772.
STATE AND LOCAL TAXES BASED ON INCOME OR PROFITS.........              800.
                                                       TOTAL $      293,514.

**SUPPLEMENTAL INFORMATION**

S CORPORATION'S AGGREGATE GROSS RECEIPTS....................... $    5,822,535.

Case: 23-50461    Doc# 1    Filed: 04/28/23    Entered: 04/28/23 17:20:22    Page 83 of 94

AMERICAN HVAC INC

3230221

# CALIFORNIA
# 2020 SHAREHOLDER'S SHARE OF INVESTMENT IN PASSTHROUGH ENTITIES

Note: The amounts on this schedule are provided for informational purposes only. These amounts are already included on Schedule K-1, pages 1 & 2.

Shareholder's Name

CUINN F. HAMM

Shareholder's Identification number:

| Name of Passthrough Entity | Employer Identification No. | Type of Entity | Check box if fully disposed in current year | |
|---|---|---|---|---|
| A AMERICAN HVAC INC | 2923 | NON PASSIVE | | |
| B | | | | |
| C | | | | |
| D | | | | |

| | CASL0212L 07/13/20 | Passthrough Entities | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| **Income (Loss)** | Ordinary income (loss) from trade or business activities . . . . . | | | | |
| | Net income (loss) from rental real estate activities | | | | |
| | Net income (loss) from other rental activities . . . . . | | | | |
| | Interest . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| | Dividends . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| | Royalties. . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| | Net short-term capital gain (loss) . . . . . . . . . . . . | | | | |
| | Net long-term capital gain (loss) . . . . . . . . . . . . | | | | |
| | Guaranteed payments . . . . . . . . . . . . . . . . | | | | |
| | Net gain (loss) under section 1231 (other than casualty/theft) . | | | | |
| **Other Income (Loss)** | Other portfolio income (loss) . . . . . . . . . . . . . . . . | | | | |
| | Other income (loss) . . . . . . . . . . . . . . . . . . . | | | | |
| **Deductions** | Section 179 expense deduction . . . . . . . . . . . . . | | | | |
| | Charitable contributions. . . . . . . . . . . . . . . . . | | | | |
| | Interest expense on investment debts . . . . . . . . . . | | | | |
| | Section 59(e) expense: Intangible Drilling Costs . . | | | | |
| | Section 59(e) expense: Dry Hole expense. . . . . . . | | | | |
| | Other Section 59(e) expenses . . . . . . . . . . . . . . | | | | |
| | Deductions related to portfolio income . . . . . . . . . | | | | |
| | Other deductions. . . . . . . . . . . . . . . . . . . . . . | | | | |
| **Credits** | Low-income housing credit . . . . . . . . . . . . . . . . | | | | |
| | Other credits related to rental real estate activities . . . . . . . | | | | |
| | Credits related to other rental activities . . . . . . . . . | | | | |
| | CA enhanced oil recovery credit . . . . . . . . . . . . . | | | | |
| | CA disabled access credit. . . . . . . . . . . . . . . . . | | | | |
| | CA research credit . . . . . . . . . . . . . . . . . . . . | | | | |
| | Other Credits. . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| | Total withholding . . . . . . . . . . . . . . . . . . . . . | | | | |
| **Adjustments and Tax Preference Items** | Depreciation adj on property placed in srvc after 1986. . . . . . | | | | |
| | Adjusted gain or loss . . . . . . . . . . . . . . . . . . . . . . | | | | |
| | Depletion (other than oil and gas) . . . . . . . . . . . . . . | | | | |
| | Gross income from oil, gas or geothermal properties . . . . . . . | | | | |
| | Deductions allocable to oil, gas or geothermal prop. . . . . . . | | | | |
| | Accel. Depr on real property placed in srvc before 1987 . . . . . | | | | |
| | Accel. Depr on leased personal prop placed in srvc before 1987. | | | | |
| | Other adjustments and tax preference items  . . . . . | | | | |
| **Other** | Investment income included in portfolio income . . . | | | | |
| | Investment expenses included in portfolio deductions . . . . . . . | | | | |
| | Tax-exempt interest income . . . . . . . . . . . . . . . . . . . | | | | |
| | Other Tax-exempt income. . . . . . . . . . . . . . . . . | | | | |
| | Nondeductible expenses . . . . . . . . . . . . . . . . . | | | | |
| | Supplemental Information: | | | | |

SHAREHOLDER 0461    Doc# 1    Filed: 04/28/23    Entered: 04/28/23 17:20:22    Page 84 of 94

**Net Operating Loss (NOL) Computation and NOL and Disaster Loss Limitations — Corporations**

CALIFORNIA FORM
**3805Q**

Attach to Form 100, Form 100W, Form 100S, or Form 109.

Corporation name
AMERICAN HVAC INC

California corporation number
3230221

During the taxable year the corporation incurred the NOL, the corporation was a(n): ⊙ ☐ C corporation

FEIN
2923

⊙ ☒ S corporation    ⊙ ☐ Exempt organization    ⊙ ☐ Limited liability company (electing to be taxed as a corporation)

If the corporation previously filed California tax returns under another corporate name, enter the corporation name and California corporation number:
⊙

**If the corporation is included in a combined report of a unitary group, see instructions, General Information C, Combined Reporting.**

## Part I  Current year NOL. If the corporation does not have a current year NOL, go to Part II.

| | | |
|---|---|---|
| 1 | Net loss from Form 100, line 18; Form 100W, line 18; Form 100S, line 15; or Form 109, line 2. Enter as a positive number. ............................................................. **1** | 95,984. |
| 2 | 2021 disaster loss included in line 1. Enter as a positive number ........................... **2** | |
| 3 | Subtract line 2 from line 1. If zero or less, enter -0- and see instructions ..................... **3** | 95,984. |
| 4a | Enter the amount of the loss incurred by a new business included in line 3 .... **4a** | |
| b | Enter the amount of the loss incurred by an eligible small business included in line 3 .... **4b** | |
| c | Add line 4a and line 4b .................................................. **4c** | |
| 5 | General NOL. Subtract line 4c from line 3. ...................................... **5** | 95,984. |
| 6 | Current year NOL. Add line 2, line 4c, and line 5. See instructions .................⊙ **6** | 95,984. |

## Part II  NOL carryover and disaster loss carryover limitations. See instructions.

1  Net income — Enter the amount from Form 100, line 18; Form 100W, line 18; Form 100S, line 15 less line 16; or Form 109, line 2; (but not less than -0-). **If the corporation taxable income is $1,000,000 or more, see instructions.**...................⊙

**(g)** Available balance

**Prior Year NOLs**

| (a) Year of loss | (b) Code — See instructions | (c) Type of NOL — See below* | (d) Initial loss — See instructions | (e) Carryover from 2020 | (f) Amount used in 2021 | | (h) Carryover to 2022 col. (e) minus col. (f) |
|---|---|---|---|---|---|---|---|
| 2 ⊙ 2020 | | GEN | 420,008. ⊙ | 420,008. | 0. | 0. ⊙ | 420,008. |
| ⊙ | | | ⊙ | | | ⊙ | |
| ⊙ | | | ⊙ | | | ⊙ | |
| ⊙ | | | ⊙ | | | ⊙ | |

**Current Year NOLs**

| | | | | | | | col. (d) minus col. (f) See instructions. |
|---|---|---|---|---|---|---|---|
| 3  2021 | | DIS | | | | | |
| 4  2021 | | GEN | 95,984. | | | | 95,984. |
| 2021 | | | | | | | |
| 2021 | | | | | | | |
| 2021 | | | | | | | |

*Type of NOL: General (GEN), New Business (NB), Eligible Small Business (ESB), or Disaster (DIS).

## Part III  2021 NOL deduction

| | | |
|---|---|---|
| 1 | Total the amounts in Part II, line 2, column (f). ...............................⊙ **1** | 0. |
| 2 | Enter the total amount from line 1 that represents disaster loss carryover deduction here and on Form 100, line 21; Form 100W, line 21; or Form 100S, line 19. Form 109 filers enter -0- ............... **2** | 0. |
| 3 | Subtract line 2 from line 1. Enter the result here and on Form 100, line 19; Form 100W, line 19; Form 100S, line 17; or Form 109, line 7. ...........................................⊙ **3** | 0. |

Case: 23-50461   Doc# 1   Filed: 04/28/23   Entered: 04/28/23 17:20:22   Page 85 of 94

**CLIENT AME2923**     **AMERICAN HVAC INC**     **3230221**

3/21/22                  02:30PM

**STATEMENT 1**
**FORM 100S, LINE 7**
**OTHER ADDITIONS**

| | | |
|---|---|---:|
| NONDEDUCTIBLE PPP EXPENSES | $ | 289,772. |
| | TOTAL $ | 289,772. |

**STATEMENT 2**
**FORM 100S, SCHEDULE F, LINE 5**
**OTHER INCOME**

| | | |
|---|---|---:|
| CREDIT CARD REWARDS | $ | 4,378. |
| | TOTAL $ | 4,378. |

**STATEMENT 3**
**FORM 100S, SCHEDULE F, LINE 7**
**COMPENSATION OF OFFICERS**

| NAME OF OFFICER | SOC. SEC. # | % OF TIME | % STOCK | COMPENSATION |
|---|---|---|---|---:|
| CUINN HAMM | | 100.00 | 100.00 | 193,077. |
| TOTAL COMPENSATION OF OFFICERS | | | | 193,077. |
| LESS: COMPENSATION CLAIMED ON SCHED. V AND ELSEWHERE | | | | 0. |
| OFFICERS' COMPENSATION DEDUCTED ON SCH. F (LINE 7) | | | | 193,077. |

**STATEMENT 4**
**FORM 100S, SCHEDULE F, LINE 20**
**OTHER DEDUCTIONS**

| | | |
|---|---|---:|
| 401K COMPANY MGMT FEE | $ | 4,775. |
| ACCOUNTING | | 10,256. |
| BANK CHARGES | | 588. |
| COMPUTER & INTERNET EXPENSE | | 6,149. |
| DUES AND SUBSCRIPTIONS | | 67,024. |
| EMPLOYEES VENDING MACHINE | | 1,725. |
| INSURANCE | | 115,647. |
| JANITORIAL | | 3,455. |
| LEGAL AND PROFESSIONAL | | 4,745. |
| MISCELLANEOUS | | 11,728. |
| OFFICE EXPENSE | | 7,560. |
| PAYROLL PROCESSING FEES | | 10,079. |
| TELEPHONE | | 39,408. |
| TOOLS | | 2,820. |
| TRAINING & EDUCATION | | 1,098. |
| TRAVEL | | 5,741. |
| UNIFORMS | | 24,360. |
| UTILITIES | | 17,287. |
| TOTAL $ | | 334,445. |

**STATEMENT 5**
**FORM 100S, SCHEDULE L, LINE 5**
**OTHER CURRENT ASSETS**

|  | BEGINNING | ENDING |
|---|---|---|
|  | $ 44,647. | $ 48,846. |
| TOTAL | $ 44,647. | $ 48,846. |

**STATEMENT 6**
**FORM 100S, SCHEDULE L, LINE 13**
**OTHER ASSETS**

|  | BEGINNING | ENDING |
|---|---|---|
| ROUNDING | $ 1. | $ 0. |
| SECURITY DEPOSIT | 2,701. | 2,701. |
| TOTAL | $ 2,702. | $ 2,701. |

**STATEMENT 7**
**FORM 100S, SCHEDULE L, LINE 17**
**OTHER CURRENT LIABILITIES**

|  | BEGINNING | ENDING |
|---|---|---|
| CREDIT CARD & OTHER LIABILITIES | $ 66,037. | $ 75,141. |
| CUSTOMER DEPOSITS | 3,109. | 6,990. |
| DUE TO SHAREHOLDER | 55,061. | 76,827. |
| PAYROLL LIABILITIES | 3,348. | 0. |
| PM DEPOSITS | 3,762. | 55,536. |
| PPP LOAN | 285,115. | 0. |
| TOTAL | $ 416,432. | $ 214,494. |

**STATEMENT 8**
**FORM 100S, SCHEDULE L, LINE 20**
**OTHER LIABILITIES**

|  | BEGINNING | ENDING |
|---|---|---|
| ROUNDING | $ 0. | $ 1. |
| TOTAL | $ 0. | $ 1. |

**STATEMENT 9**
**FORM 100S, SCHEDULE M-1, LINE 3**
**EXPENSES ON BOOKS NOT ON SCHEDULE K**

|  |  |
|---|---|
| NONDEDUCTIBLE PPP EXPENSES | $ 289,772. |
| TOTAL | $ 289,772. |

**STATEMENT 10**
**FORM 100S, SCHEDULE M-1, LINE 5**
**INCOME ON BOOKS NOT ON SCHEDULE K**

| | | |
|---|---|---:|
| PPP LOAN FORGIVEN | $ | 289,772. |
| | TOTAL $ | 289,772. |

**STATEMENT 11**
**FORM 100S, SCHEDULE M-2, LINE 3**
**OTHER ADDITIONS**

| | | |
|---|---|---:|
| INTEREST INCOME | $ | 16. |
| STATE AND LOCAL TAXES BASED ON INCOME OR PROFITS | | 800. |
| | TOTAL $ | 816. |

**STATEMENT 12**
**FORM 100S, SCHEDULE M-2, LINE 5**
**OTHER REDUCTIONS**

| | | |
|---|---|---:|
| DISALLOWED MEALS AND ENTERTAINMENT | $ | 2,942. |
| STATE AND LOCAL TAXES BASED ON INCOME OR PROFITS | | 800. |
| | TOTAL $ | 3,742. |

**STATEMENT 13**
**FORM 100S, SCHEDULE V, LINE 5**
**OTHER COSTS**

| | | |
|---|---|---:|
| AUTO & TRUCK EXPENSE - OTHER | $ | 5,926. |
| EMPLOYEE BENEFITS | | 52,376. |
| FINANCE FEES | | 23,860. |
| FUEL | | 101,384. |
| INSURANCE | | 64,694. |
| MERCHANT FEES | | 85,611. |
| OTHER JOB COSTS | | 5,492. |
| PARKING & TOLLS | | 1,336. |
| PAYROLL TAXES | | 174,115. |
| PERMITS | | 113,982. |
| PROMOTIONS & REBATES | | -16,616. |
| SUBCONTRACTORS | | 85,477. |
| TRUCK & AUTO LEASE | | 126,347. |
| VEHICLE REGISTRATION FEES | | 8,741. |
| VEHICLE REPAIRS & MAINTENANCE | | 38,374. |
| WORKERS COMPENSATION | | 63,426. |
| | TOTAL $ | 934,525. |

3/21/22       02:30PM

**STATEMENT 14**
**FORM 100S, SCHEDULE K, LINE 17D**
**OTHER ITEMS**

S CORPORATION'S AGGREGATE GROSS RECEIPTS................................................. $ 5,822,535.

# American HVAC, Inc.
## Balance Sheet
### As of March 30, 2023

|  | Mar 30, 23 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| **1000 · Cash Parent** | |
| 1070 · Fidelity Brokerage - 1325 | 559.29 |
| 1010 · Cash in Bank-HVAC Cking#5251 | 63,043.46 |
| 1030 · Cash in Bank - Savings 3133 | 7,142.51 |
| **Total 1000 · Cash Parent** | 70,745.26 |
| **Total Checking/Savings** | 70,745.26 |
| **Accounts Receivable** | |
| 1200 · Accounts Receivable | 79,810.04 |
| **Total Accounts Receivable** | 79,810.04 |
| **Other Current Assets** | |
| 1300 · Inventory | 1,000.00 |
| 1499 · Undeposited Funds | 26,181.27 |
| **Total Other Current Assets** | 27,181.27 |
| **Total Current Assets** | 177,736.57 |
| **Fixed Assets** | |
| 1510 · Vehicles | 8,822.65 |
| 1520 · Machinery and Equipment | 25,219.97 |
| 1540 · Leasehold Improvement | 9,869.83 |
| 1599 · Accumulated Depreciation | -31,631.00 |
| **Total Fixed Assets** | 12,281.45 |
| **Other Assets** | |
| 1660 · Security Deposit | 2,701.22 |
| **Total Other Assets** | 2,701.22 |
| **TOTAL ASSETS** | **192,719.24** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 2100 · Accounts Payable | 994,003.10 |
| **Total Accounts Payable** | 994,003.10 |
| **Credit Cards** | |
| 2112 · CC Pay -Sparks Cap One 4864 | 11,030.52 |
| 2113 · CC Pay - Comerica MC 8421/7392 | 37,012.02 |
| 2116 · American Express Business | 52,882.22 |
| 2110 · Credit Card Parent | |
| 2111 · CC Pay- Chase 6742 | |
| 2387 CH Chase Card | 26,711.87 |
| 7923 JP Chase Card | 185,478.23 |
| 1527 · 6745 / 1527 CH | 372,719.85 |
| 2111 · CC Pay- Chase 6742 - Other | -458,731.94 |
| **Total 2111 · CC Pay- Chase 6742** | 126,178.01 |
| **Total 2110 · Credit Card Parent** | 126,178.01 |
| **Total Credit Cards** | 227,102.77 |

Case: 23-50461   Doc# 1   Filed: 04/28/23   Entered: 04/28/23 17:20:22   Page 90 of 94

# American HVAC, Inc.
## Balance Sheet
### As of March 30, 2023

| | Mar 30, 23 |
|---|---|
| **Other Current Liabilities** | |
| **2120 · LOC** | |
| **2121 · LOC Comerica** | 120,115.00 |
| **Total 2120 · LOC** | 120,115.00 |
| **2130 · Customer Prepayments** | |
| **2132 · Annual PM** | 52,371.00 |
| **2130 · Customer Prepayments - Other** | 6,990.00 |
| **Total 2130 · Customer Prepayments** | 59,361.00 |
| **2131 · Customer Job Deposits Received** | 84,574.00 |
| **Total Other Current Liabilities** | 264,050.00 |
| **Total Current Liabilities** | 1,485,155.87 |
| **Long Term Liabilities** | |
| **3570 · N/P - J.G.** | 397,565.48 |
| **3590 · N/P SBA EIDL Loan** | 489,900.00 |
| **Total Long Term Liabilities** | 887,465.48 |
| **Total Liabilities** | 2,372,621.35 |
| **Equity** | |
| **3300 · Shareholder Net** | |
| **3301 · Shareholder Contributions** | 250,375.06 |
| **3302 · Shareholder Distributions** | -171,806.48 |
| **Total 3300 · Shareholder Net** | 78,568.58 |
| **3999 · Retained Earnings** | -2,261,666.86 |
| **Net Income** | 3,196.17 |
| **Total Equity** | -2,179,902.11 |
| **TOTAL LIABILITIES & EQUITY** | 192,719.24 |

Case: 23-50461   Doc# 1   Filed: 04/28/23   Entered: 04/28/23 17:20:22   Page 91 of 94

# American HVAC, Inc.
# Profit & Loss
### January 1 through March 30, 2023

|  | Jan 1 - Mar 30, 23 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **4000 · Revenue** | |
| 4004 · Residential Service | 5,109.00 |
| 4000 · Revenue - Other | 737,651.77 |
| **Total 4000 · Revenue** | 742,760.77 |
| 4020 · Memberships Revenue | 0.00 |
| **Total Income** | 742,760.77 |
| **Cost of Goods Sold** | |
| **5100 · Labor Parent** | |
| 5110 · Labor | 186,401.58 |
| 5160 · Payroll Taxes | 18,579.72 |
| 5170 · Worker's Compensation Insurance | 25,433.99 |
| **5180 · Direct Medical & Dental** | |
| Medical Insurance | 3,099.41 |
| **Total 5180 · Direct Medical & Dental** | 3,099.41 |
| **Total 5100 · Labor Parent** | 233,514.70 |
| **5200 · Commissions** | |
| 5210 · Salesman Comission | 29,676.17 |
| 5200 · Commissions - Other | 2,659.33 |
| **Total 5200 · Commissions** | 32,335.50 |
| 5310 · Equipment | 87,504.05 |
| 5320 · Material | 211,595.31 |
| 5340 · Subcontractors Expense | 5,237.00 |
| 5360 · Permits | 6,932.67 |
| 5420 · Other Job Related Costs | 2,321.36 |
| **Total COGS** | 579,440.59 |
| **Gross Profit** | 163,320.18 |
| **Expense** | |
| **5370 · Merchant Fees** | |
| 5372 · Credit Card Processing Fees | 14,358.88 |
| 5370 · Merchant Fees - Other | 78.66 |
| **Total 5370 · Merchant Fees** | 14,437.54 |
| 6100 · Advertising | 4,623.08 |
| **6110 · Auto and Truck Expenses** | |
| 6223 · Auto Lease- | 16,964.70 |
| 6191 · Vehicle Insurance | -4,045.68 |
| 6111 · Fuel | 21,421.62 |
| 6112 · Repairs & Maintenance | 2,810.90 |
| 6114 · Parking / Tolls | 62.05 |
| 6115 · Registration Fees | 1,546.93 |
| **Total 6110 · Auto and Truck Expenses** | 38,760.52 |
| 6130 · Bank Service Charges | 66.00 |
| **6150 · Communications Parent** | |
| 6151 · Cellular | 1,037.40 |
| 6152 · Telephone and Internet Expense | 1,797.80 |
| **Total 6150 · Communications Parent** | 2,835.20 |
| 6180 · Dues & Subscriptions | 4,231.61 |

Case: 23-50461   Doc# 1   Filed: 04/28/23   Entered: 04/28/23 17:20:22   Page 92 of 94

# American HVAC, Inc.
## Profit & Loss
### January 1 through March 30, 2023

|  | Jan 1 - Mar 30, 23 |
|---|---|
| **6190 · Insurance Expense** |  |
| 6192 · General Liability Insurance | 2,175.16 |
| 6195 · Insurance - Other | 164.00 |
| **Total 6190 · Insurance Expense** | **2,339.16** |
| **6200 · Interest Expense** | 10,592.64 |
| **6230 · Licenses & Fees** | 198.10 |
| **6250 · Office Supplies** | 542.71 |
| **6300 · Payroll Exp Indirect Parent** |  |
| 6310 · Sales & Salaraies - Admin & WH | 23,710.82 |
| 6330 · Salaries & Wages - Supervision | 49,999.87 |
| 6350 · Vacation/Holiday/Sick - Indirec | 1,601.25 |
| 6360 · Payroll Taxes - Admin | 8,525.15 |
| 6370 · Medical & Dental - Indirect | 5,748.80 |
| 63750 · Workmens Comp- Admin/Sales | 0.00 |
| **6380 · Other Benefits - Indirect** |  |
| 401K Company Costs |  |
| 6381 · 401K Company Safe Harbor Match | 461.55 |
| **Total 401K Company Costs** | **461.55** |
| **Total 6380 · Other Benefits - Indirect** | **461.55** |
| **6390 · Payroll Expense-Other** |  |
| 6391 · Payroll Processing Fees | 2,283.09 |
| **Total 6390 · Payroll Expense-Other** | **2,283.09** |
| **6300 · Payroll Exp Indirect Parent - Other** | **-3,999.97** |
| **Total 6300 · Payroll Exp Indirect Parent** | **88,330.56** |
| **6420 · Professional Fees** |  |
| 6421 · Accounting | 4,568.75 |
| 6423 · Legal | 1,684.90 |
| **Total 6420 · Professional Fees** | **6,253.65** |
| **6430 · Rent Expense** | 11,400.00 |
| **6440 · Repairs and Maintenance** | 115.00 |
| **6500 · Travel, Meals & Entertainment** |  |
| 6501 · Meals & Entertainment |  |
| 6501-50 · Meals-50% | 346.59 |
| **Total 6501 · Meals & Entertainment** | **346.59** |
| **Total 6500 · Travel, Meals & Entertainment** | **346.59** |
| **6510 · Uniforms** | -4,406.96 |
| **6520 · Utilities** |  |
| 6521 · Alarm & Security | 148.99 |
| 6520 · Utilities - Other | 2,598.08 |
| **Total 6520 · Utilities** | **2,747.07** |
| **Total Expense** | **183,412.47** |
| **Net Ordinary Income** | **-20,092.29** |
| **Other Income/Expense** |  |
| Other Income |  |
| 9120 · Interest Income | 0.08 |
| 9135 · Vending Machine Income(Expense) | -356.15 |
| **Total Other Income** | **-356.07** |

Case: 23-50461    Doc# 1    Filed: 04/28/23    Entered: 04/28/23 17:20:22    Page 93 of 94

**American HVAC, Inc.**
# Profit & Loss
**January 1 through March 30, 2023**

|  | Jan 1 - Mar 30, 23 |
| --- | ---: |
| **Other Expense** | |
|     9140 · (Gain)/Loss Disposal of Assets | -23,644.53 |
| **Total Other Expense** | -23,644.53 |
| **Net Other Income** | 23,288.46 |
| **Net Income** | **3,196.17** |